1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10

| 11 | UNITED STATES OF AMERICA, | No. CR 10-1055 PA |
|---|---|---|
| 12 | Plaintiff, | VERDICT FORM |
|  | v. |  |
| 13 | EZRI NAMVAR and HAMID TABATABAI, |  |
| 14 |  |  |
| 15 | Defendants. |  |

16
17
18
19
20
21
22                         **REDACTED**
23
24
25
26
27
28

## COUNT ONE

We, the jury unanimously find that defendant EZRI NAMVAR is:

__✓__ GUILTY

____ NOT GUILTY

of Wire Fraud in violation of 18 U.S.C. § 1343 as charged in Count One of the Indictment.

We, the jury unanimously find that defendant HAMID TABATABAI is:

__✓__ GUILTY

____ NOT GUILTY

of Wire Fraud in violation of 18 U.S.C. § 1343 as charged in Count One of the Indictment.

## COUNT TWO

We, the jury unanimously find that defendant EZRI NAMVAR is:

__✓__ GUILTY

____ NOT GUILTY

of Wire Fraud in violation of 18 U.S.C. § 1343 as charged in Count Two of the Indictment.

We, the jury unanimously find that defendant HAMID TABATABAI is:

__✓__ GUILTY

____ NOT GUILTY

of Wire Fraud in violation of 18 U.S.C. § 1343 as charged in Count Two of the Indictment.

//
//
//
//
//

## COUNT THREE

We, the jury unanimously find that defendant EZRI NAMVAR is:

✓ GUILTY

___ NOT GUILTY

of Wire Fraud in violation of 18 U.S.C. § 1343 as charged in Count Three of the Indictment.

We, the jury unanimously find that defendant HAMID TABATABAI is:

✓ GUILTY

___ NOT GUILTY

of Wire Fraud in violation of 18 U.S.C. § 1343 as charged in Count Three of the Indictment.

## COUNT FOUR

We, the jury unanimously find that defendant EZRI NAMVAR is:

✓ GUILTY

___ NOT GUILTY

of Wire Fraud in violation of 18 U.S.C. § 1343 as charged in Count Four of the Indictment.

We, the jury unanimously find that defendant HAMID TABATABAI is:

✓ GUILTY

___ NOT GUILTY

of Wire Fraud in violation of 18 U.S.C. § 1343 as charged in Count Four of the Indictment.

DATED: May 19, 2011

**REDACTED**

_____
Foreperson of the Jury