LAW OFFICES OF JAMES W. SPERTUS
James W. Spertus (SBN 159825)
Amanda R. Touchton (SBN 220430)
1990 S. Bundy Dr., Suite 705
Los Angeles, California  90025
Telephone: (310) 826-4700
Facsimile:  (310) 826-4711
jim@spertuslaw.com
amanda@spertuslaw.com

Attorneys for Defendant
Hamid Tabatabai

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR 10-1055 PA |
|---|---|
| Plaintiff, | **CHARACTER LETTERS  IN SUPPORT OF DEFENDANT HAMID TABATABAI'S SENTENCING POSITION PAPER** |
| v. | Date:        October 11, 2011 |
| HAMID TABATABAI, | Time:        8:30 a.m. |
| Defendant. | Courtroom: 15 |

Defendant Hamid Tabatabai, by and through his counsel of record, hereby respectfully submits Exhibits 1-85 in support of his Sentencing Position Paper, which is submitted concurrently herewith.

Dated: September 26, 2011        Law Offices of James W. Spertus

By:    /S_____
        James W. Spertus
        Amanda R. Touchton
        Attorneys for Hamid Tabatabai

Law Offices of James W. Spertus
1990 S. Bundy Dr., Suite 705
Los Angeles, CA 90025
Tel 310-826-4700; Fax 310-826-4711

**Index of Exhibits**

| Ex. No. and Author | Page |
| --- | --- |
| 1.  Solomon Rastegar | 1 |
| 2.  Gregory Perlman | 3 |
| 3.  Sam Kermanian | 6 |
| 4.  Declaration of Alex Hakakian | 9 |
| 5.  Saeed Farkhondehpour | 12 |
| 6.  Joseph Ghadir | 14 |
| 7.  Robin Jordan | 17 |
| 8.  Mark Minsky | 20 |
| 9.  Greg Johnson | 22 |
| 10. Abbasgholi Bayat | 24 |
| 11. Ramin Tabatabai | 27 |
| 12. Fataneh Tabatabai | 30 |
| 13. Brian Boots | 34 |
| 14. Justin Dargahi | 36 |
| 15. Rami Shaarawy | 38 |
| 16. Andre Haftvani | 40 |
| 17. Farzin Espahani | 43 |
| 18. Shahram Elyaszadeh | 45 |
| 19. Malak Shirkhani | 47 |
| 20. Afsaneh Movahedi Bayat | 50 |
| 21. Hilda Bayanfar | 53 |
| 22. Soheila Noakhtar | 55 |
| 23. Alpha Giles | 57 |
| 24. Sendur Sellakumar | 59 |
| 25.  Kavian Boots | 62 |
| 26. Amir Dowlatshahi | 64 |

Law Offices of James W. Spertus
1990 S. Bundy Dr., Suite 705
Los Angeles, CA 90025
Tel 310-826-4700; Fax 310-826-4711

2.

| Ex. No. and Author | Page |
| --- | --- |
| 27. Essi Shilati | 67 |
| 28. Mohamed Mohajer Iravani | 69 |
| 29. Mehdi Moghimi, M.D. | 71 |
| 30. Stephen Saeed Nourmand | 73 |
| 31. Noushin Dowlatshahi | 75 |
| 32. Marjaneh Moghimi | 78 |
| 33. Giti Jomehri | 81 |
| 34. Shain Esmaili | 83 |
| 35. Mina Mirkazemi | 85 |
| 36. Mehdi Tabatabai | 87 |
| 37. Reza Goharderakhshan | 89 |
| 38. Salmeh Moghimi | 91 |
| 39. Karin Sanati | 94 |
| 40. Phil Boots | 97 |
| 41. Marina Rose Tod | 99 |
| 42. Farzin Tabatabai | 102 |
| 43. Farzaneh Boots | 104 |
| 44. Bijan Ramineh | 106 |
| 45. Ramin Tabib | 109 |
| 46. Vivianne Nalangan | 111 |
| 47. Madellyn P. Agoncillo | 114 |
| 48. Marica Insigne De Jong | 117 |
| 49. David Norouzi | 119 |
| 50. Fara Raban | 121 |
| 51. Tony Namvar | 123 |
| 52. Reid Breitman | 126 |
| 53. Mitra Feyz | 129 |

Law Offices of James W. Spertus
1990 S. Bundy Dr., Suite 705
Los Angeles, CA 90025
Tel 310-826-4700; Fax 310-826-4711

3.

Character Letters in Support of Hamid Tabatabai's Sentencing Position Paper

| Ex. No. and Author | Page |
|---|---|
| 54. Shirzad Bozorgmehr | 132 |
| 55. Soussan Raadi-Azarakhci | 134 |
| 56. Mohsen Sohrabi | 136 |
| 57. Bijan Movahedi | 138 |
| 58. Masoud Moradzadeh | 141 |
| 59. Alan Modarressi, Ph.D. | 143 |
| 60. Minoo Shilati | 146 |
| 61. Homayoun Pourmand | 149 |
| 62. Gina Alexander | 151 |
| 63. Sharzad Zafari | 154 |
| 64. Lily Bayat | 157 |
| 65. Mahasti Sadighi | 159 |
| 66. Mazaheri Kermani | 161 |
| 67. Amir A. Ghavami | 164 |
| 68. Aaron Rivani | 166 |
| 69. Dr. Loulay Keilani | 168 |
| 70. Dr. Rami Shaarwy | 171 |
| 71. Tim Kuruvilla | 173 |
| 72. Dr. Naren Chelian | 176 |
| 73. Maryam Bayat | 179 |
| 74. Kian Shirdel | 182 |
| 75. Dr. Reza Jamehdor | 185 |
| 76. Amir Abbassi | 187 |
| 77. H. Ronald Chess, D.D.S. | 189 |
| 78. Farshid Farsoudi | 191 |
| 79. Fereshteh Jam | 194 |
| 80. Ken Hashemi | 196 |

Law Offices of James W. Spertus
1990 S. Bundy Dr., Suite 705
Los Angeles, CA 90025
Tel 310-826-4700: Fax 310-826-4711

4.

Character Letters in Support of Hamid Tabatabai's Sentencing Position Paper

1

| Ex. No. and Author | Page |
| --- | --- |
| 81. Max Jadali | 198 |
| 82. Amir Pourmand | 200 |
| 83. Michael Sabourian | 202 |
| 84. Katayoon Shirkhani | 204 |
| 85. Kambiz Zandnia | 207 |

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Law Offices of James W. Spertus
1990 S. Bundy Dr., Suite 705
Los Angeles, CA 90025
Tel 310-826-4700; Fax 310-826-4711

Character Letters in Support of Hamid Tabatabai's Sentencing Position Paper

# EXHIBIT 1

**EXHIBIT 1**

**SOLOMON RASTEGAR**
**1005 SCHUYLER ROAD,**
**BEVERLY HILLS, CA. 90210**
**PHONE (310) 859-0677 Fax (310)859-0678**
**Email address:SOLOMONRASTEGAR@AOL.COM**
**Cell: (310)892-9010**

Hon. Percy Anderson
United States District Court Judge
Courtroom 15
312 N. Spring Street
Los Angeles, Ca. 90021

Your Honor,

I have known Hamid Tabatabai for the last 20 some years and I have considered him a Gentleman and man of his words. I am saddened by the fact that he faces hardship due to action and direct instructions of someone else.

He was obeying his boss and without the instruction of his boss he had no power of his own. As an investor I have noticed that he would not accept deposits, nor issue the checks of Interest, nor refund whenever I asked for it. He would run to next room and ask for permission to do any thing he was asked to do.

Hamid is one to the few people with such kind heart as he stepped forward to help families in disaster and hardship and he, in many cases, started collecting donation to help others.

Your Honor, I do find my self lucky to have him as a friend.

With my best respects,

Solomon Rastegar

Page 2

# EXHIBIT 2

**EXHIBIT 2**

# GH CAPITAL, LLC

15301 Ventura Boulevard, Suite 570, Sherman Oaks, CA 91403
(818) 808-0600 FAX (818) 906-8385

July 13, 2011

Hon. Percy Anderson
United States District Court Judge
Courtroom 15
312 N. Spring Street
Los Angeles, CA 90012

RE: Hamid Tabatabai

Dear Judge Anderson,

My name is Gregory Perlman and I am the Principal of GH Capital LLC. My company is an owner and operator of primarily elderly affordable housing throughout the United States and I have known Hamid Tabatabai for over 20 years. Mr. Tabatabai was the controller at Namco Capital Group, which was an investor and lender in many of my projects. He was my primary point of contact for all of the reporting and accounting on the projects we owned with Namco. In the 20 years I have known and done business with Hamid as controller of Namco, never once did he ever make any financial decisions on his own and every decision was made by Ezri Namvar.

Hamid is one of the most honest people I have ever dealt with in business and it is hard to believe that he would ever make any monetary decision without being told to do it by Ezri Namvar. His conviction as part of the Namco Financial wire fraud dismayed me tremendously as I know that Hamid would never move any money if he knew it was unauthorized and he would only take any actions per Ezri Namvar's instructions. Though people would compare the "just following orders" defense to the Nazi defense in Neuremberg, this can't be compared as Namco had been moving money in and out of accounts for 20+ years based on verbal agreements, which I learned was typical in the Persian community. When Mr Namvar and I would finalize a deal, he would just instruct Hamid to issue a check or wire to my company and Hamid would comply.

Imprisoning Hamid would be a tragedy as he was simply a salaried employee working in one of the most difficult environments one could imagine.   When the Namco companies began to collapse around Hamid, he was the first person in the firing line for all of the investors seeking to get their money out of Namco. We spoke often about him leaving Namco to get another job but he realized at his age that would not be an easy task and he had a family to support. He also felt loyal to Ezri and his brothers and didn't just want to abandon a sinking ship. None of the actions he took during those times benefitted him financially, whether it had to do with Namco Financial or the other 100+ companies in which Ezri Namvar was involved. To think that this person, who I always equated to a "dolphin working amongst sharks" could go to jail for one of the tens of thousands of actions he was told to make is unthinkable.

Page 4

While I can see how the court can find him guilty of pushing the button that moved the funds from victims, I really pray that the court can see that Hamid had no part in this decision and putting him in jail would be unjust and unfair.

Thank you for taking the time to read this letter

Sincerely,

Gregory Perlman
Manager of GH Capital LLC

Page 5

# EXHIBIT 3

**EXHIBIT 3**

# Sam Kermanian    SKermanian@ParklaneInvestments.COM

8500 Wilshire Blvd. #1026                                                          TEL: (310) 854-1199
Beverly Hills,  CA  90211                                                          FAX: (310) 854-1177

August 7, 2011

The Honorable Percy Anderson
United State District Judge
Courtroom 15
312 Spring Street
Los Angeles, CA 90012

### RE: Hamid Tabatabai

Your Honor,

On July 10 of this year I respectfully and humbly wrote a letter to share my knowledge of and experiences with Ezri Namvar, with the honorable court, and explained the various capacities in which I had interactions with Mr. Namvar and his outfit for about 30 years. In that letter I explained that I knew Ezri and his outfit in a professional capacity, through my own volunteer work in charitable organizations within the community and through my work as the chairman of Namco's temporary creditor's committee.  I would now like to beg for your attention to this brief attempt to share my beliefs about Mr. Hamid Tabatabai as well.

I came to know Mr. Tabatabai shortly after he started working for Namco. Throughout the years in my own personal experiences in interactions with Namco I would invariably find Hamid to be an extremely honest and conscientious employee who worked hard to ensure that Namco's clients were always treated fairly and equitably.

While I can not claim to have intricate knowledge about the details of Namco's inner workings, my own perception of Mr. Tabatabai, as well as the perceptions of tens of other friends who had dealings with Namco, was that Hamid was neither a part of the policy setting or decision making group over there, nor was he involved in direct negotiations or reaching of agreements with Namco's clients. He was there to implement agreements that had been reached between clients and Hamid's superiors.

As far as I know, for years, the agreements between Namco Financial Exchange (NFE) and its depositors allowed for transfers of funds between NFE and the various entities controlled by Ezri Namvar. As such, this was indeed the policy that was being pursued by NFE, and Hamid Tabatabai, who as someone who was not a part of discussions and negotiations with clients, was NOT in a position to know that some of NFE's more recent depositors might have had a different understanding, was pursuing and implementing that longstanding policy without even having a clue that it might be construed as an illegal act.

Your honor, I mentioned in my previous letter, that in my humble opinion, and based on my own first hand experiences, the cataclysmic failure at Namco and its affiliate entities, owed itself more than anything else to circumstances beyond anyone's control. I tried with my limited ability to convey my personal belief that even Ezri Namvar had no intention to defraud or to

steal. Within that context it is extremely difficult for me to imagine that Hamid Tabatabai, an honest, hard working, family man, who was merely following company policies that had been in place for years and had benefited hundreds of clients without any complaints or problems, was knowingly engaged in any illegal act.

Obviously, a very respected jury, having spent a lot of time and having heard testimonies, has ruled otherwise. That decision must be respected by all who believe in the rule of law and I am honored to count myself in that category. At the same time, the law allows the honorable court to consider the circumstances when determining just punishment. Sending Hamid to prison or deporting him will be a tragic blow to a man who has walked an honest path all his life. I therefore write to respectfully add my voice to the voices of others who beg for your understanding, compassion and mercy, in sentencing Hamid Tabatabai.

Respectfully,

Sam Kermanian

Page 8

# EXHIBIT 4

**EXHIBIT 4**

# DECLARATION OF ALEX HAKAKIAN

I, Eskandar (Alex) Hakakian, hereby state and declare as follows:

1.      I am presently the Chairman of the NAMCO Creditors Committee.

2.      I have personally invested money with Ezri Namvar and his company, NAMCO, Inc., over the course of approximately 30 years.

3.      I have interacted with Ezri Namvar and NAMCO Capital Group, Inc. and Hamid Tabatabai on numerous occasions.  I am personally aware that Hamid Tabatabai is an employee of NAMCO.

4.      Beginning in May 2008, I began spending a significant amount of time at NAMCO's offices located at 12121 Wilshire Blvd., Ste. 1400, Los Angeles, California, 90025.

5.      Based upon my experiences with Ezri Namvar and NAMCO and based upon what I personally saw and observed when I was present at the NAMCO offices, I know Mr. Tabatabai was not a decision maker NAMCO, and that he was essentially an administrator.  Mr. Tabatabai was the equivalent of a highly paid assistent for Ezri Namvar, and  NAMCO CAPITAL's significant decisions were made by Ezri Namvar.  Mr. Tabatabi handled routine matters per pre prescribed policies

6.      Based on my experiences, Ezri Namvar made all significant decisions NAMCO's policies and procedures, and relied upon employees to carry out his instructions.  I never saw Mr. Tabatabai making any decisions related to NAMCO's business affairs.

//
//
//
//
//

LAW OFFICES OF JAMES W. SPERTUS
1990 SOUTH BUNDY DRIVE, SUITE 705
LOS ANGELES, CALIFORNIA 90025
TEL (310) 826-4700 • FAX (310) 826-4711

1    7.      In my opinion, and based on my experience in dealing with NAMCO,

2  Mr. Tabatabai is a very honest person and is a decent, compassionate and hard

3  working individual.

4        Signed under penalty of perjury under the laws of the State of California on

5  this 24 day of September, 2010 in ___Los Angeles___, California.

6

7                               _____

                                Eskandar (Alex) Hakakian

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES OF JAMES W. SPERTUS
1990 OUTH BUNDY DRIVE, SUITE 705
LOS ANGELES, CALIFORNIA 90025
TEL (310) 826-4700 • FAX (310) 826-4711

2

DECLARATION OF ALEX HAKAKIAN          Page 11

# EXHIBIT 5

**EXHIBIT 5**

## INVESTMENT CONSULTANTS, LLC
*1001 Towne Avenue, #401, Los Angeles, CA 90021 Tel# 213-867-8001 Fax# 213-891-1539*

June 23, 2011

Hon. Percy Anderson
United States District Court Judge
Courtroom 15
312 N. Spring Street
Los Angeles, CA 90012

My name is Saeed Farkhondehpour and my business name is Investment Consultants, LLC which manages about 30 different properties which I am a part owner in each and every one and have been in business since 1979.

I started doing business with Namco on or about 1984 and have known Mr. Hamid Tabatabai since then when he was working for Namco.

Although my contact with Mr. Tabatabai has only been business related, over the years I have known him to be a very honorable man, helpful, and a pleasure to work with.

During these many years, I was always under the impression that he just worked for Ezri Namvar and acted at his direction.

I was actually very surprised to learn, either through word of mouth or reading somewhere that he was listed as Vice President of Namco Exchange since any time that I would make a request of any sort, whether to deposit funds, withdraw funds or any other questions; he would always look to Ezri for direction.

Unfortunately, I do not have any first hand information about the details of this latest court proceeding, however, for a lack of a better term, I was simply shocked to learn of the results and strongly believe that his imprisonment and possibly deportation would be a great loss to the community. This whole situation is so sad, however, I would like to ask the court to have compassion for Mr. Tabatabai since this is just not the man I have known over the years.

Sincerely yours,

Saeed Farkhondehpour

# EXHIBIT 6

**EXHIBIT 6**

# Joseph Ghadir

### 3001 Beverly Glen Circle Los Angeles, CA 90077

### Phone (310) 470-1486 Fax (310) 861-1330 email josephghadir@gmail.com

### July 26, 2011

I, Joseph Ghadir residing at 3001 Beverly Glen Circle Los Angeles CA 9007, declare under penalty of pugery that:

1) I am a naturalized citizen of United States,
2) I have a Bachelor of Science in Electrical Engineering from George Washington University.
3) I have been engaged in all aspect of real estate personally or through my companies, since 1981.
4) I have had deposits with Namco Capital Group for my personal, my wife and most of my entities such as Plaza Development, Steven Dean & Associates, Inc., Steven Dean& Associates Profit Sharing Plan, Ridgeway Business Park LLC ever since 1995.
5) I have had a personal and professional relationship with Hamid Tabatabi ( Hamid) since late 1980s.
6) At all times it had been very clear to me that Hamid was an employee of Namco and Namco Financial Exchange handling the accounting of these entities and over 150 related LLCs reporting directly to Ezri Namvar(Ezri).
7) To the best of my knowledge, Hamid was an employee taking his marching orders from Ezri at all times. He might have had a cursory knowledge of Ezri's dealings.
8) Knowing Ezri for the same amount of time, I have personal knowledge that he would never delegate any authority to anyone specifically to Hamid. Ezri is a greedy micro manager.
9) I had had occasions requiring verification of deposit and balance letters from Hamid. He would never over state the account balances due to his integrity and respect for the law.
10) I had had occasions that Ezri's father would cut the interest payments by a day or two. This cheating practice would hurt and infuriate Hamid tremendously. Hamid in many occasions while jeopardizing his employment would confront Ezri's father for his cheating practices.
11) Although, my relationship with Hamid was on professional basis with exception of a few social affairs, I can strongly declare that there is not one ounce of dishonesty in Hamid's charachter.I had never seen or heard from anyone about any character flaws. As a matter of fact, I was shocked to find  about possible conspiracy with Ezri to defraud the NFC's clients. To the best of my knowledge, he had no incentive in any of Ezri's dealings with exception of a salary and a small bonus. He could have earned this salary and more at many other organization.
12) To the best of my knowledge, he and his wife reside in a modest townhouse supporting their s two children through college and medical school.

Your Honor, the thought of incarcerating Hamid not only is not fair but devastating to the members of our financially impacted (cheated by Ezri) community specifically that of his immediate family and

friends. In my humble opinion, Hamid's only fault had been his blind loyalty to Ezri. Hamid was only a puppet employee with very small knowledge of Ezri's knifing business dealings. No one would comprehend the devious business practices of Ezri unless he would be caught in the middle of these situations.

I sincerely believe, Hamid was never told nor had he any inkling as to the day to day business dealings of Ezri. After all, he had to perform the bookkeeping chores of over 150 companies and joint ventures that Ezri had created. How could he be involved with Ezri's business skims?

Your Honor, I pray that you would have mercy by handing him a suspended sentence so that he could spend the rest of his life serving the community and tending to his family's affairs.

Respectfully,

Joseph Ghadir

# EXHIBIT 7

**EXHIBIT 7**



July 28, 2011


Hon. Percy Anderson
United States District Court Judge
Courtroom 15
312 N. Spring Street
Los Angeles, CA 90012

Re:    Character Letter
        Hamid Tabatabai

Dear Judge Anderson:

I am writing this letter in regard to Hamid Tabatabai.  I am a principal and President of
The Real Estate Group and worked closely with Mr. Tabatabai for over eight years
concerning the properties our company managed for the Namvar family.

Our interaction with Mr. Tabatabai occurred weekly and often several times a week.
We were introduced to Mr. Tabatabai as the accounting contact when we began
managing property for the family in 1998.   We worked with Mr. Tabatabai on
accounting issues, setting up bank accounts, coordination of required signatures on
checks and documents and from time to time relaying approvals.

In all the years we worked with the Namvar family, I never knew Mr. Tabatabai to be a
decision maker.  He had no check writing or approval authority.  I always knew him to
be extremely honest and a man of integrity, ensuring that things were done right.  It is
so hard for me to believe that a man of Mr. Tabatabai's character has been convicted of
lying or cheating anyone.  I have always found him to be concerned for others and to
conduct himself morally and ethically, both professionally and personally.

Imprisonment and deportation would be devastating to Mr. Tabatabai and his family.
The family has lived here for years and is an integral part of the community.   They
have developed deep roots and relationships and contribute positively to society.   I feel
this would be a tragic loss to the community and the people that know and love this
family.

The Real Estate Group
1762 Westwood Blvd  •  Suite 400  •  Los Angeles, CA 90024  •  Telephone (310) 500-2840  •  Fax (310) 500-2841  •  www.tregco.com

Page 18

Hon. Percy Anderson
Page 2 of 2

I am requesting the Court's consideration and compassion for Mr. Tabatabai as a genuinely honest, moral and caring person, someone who gives unselfishly to his community, a wonderful family man and a positive member of society.

Thank you for your consideration.

Very truly yours,

Robin Jordan

# EXHIBIT 8

**EXHIBIT 8**



# COMMERCE ESCROW COMPANY

1545 WILSHIRE BOULEVARD, 6TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE: 213.484.0855 - FACSIMILE: 213.484.0417

COMMERCE ESCROW COMPANY IS LICENSED BY THE DEPARTMENT OF CORPORATIONS
STATE OF CALIFORNIA, LICENSE # 963 0884

July 28, 2011

The Honorable Percy Anderson
United States District Court Judge
Courtroom 15
312 N. Spring Street
Los Angeles, CA 90017

RE:  Hamid Tabatabai

Dear Judge Anderson:

My name is Mark R. Minsky, and I am the President and Owner of Commerce Escrow Company.  In this capacity, I have worked with Hamid Tabatabai in his capacity as an Employee of Namco, a customer and competitor, for approximately 15 years.  In my dealings with Hamid, I always had the impression that he was an honorable and hardworking Employee of Namco.  I never saw Hamid make independent decisions acting on his own, but rather I consistently felt he was following the instructions of his Employer.

Though I certainly understand the gravity of the situation, I feel and would urge the Court to consider Community Service in lieu of incarceration.  I feel that it would serve the Community at large far more to have Hamid giving back to the Community with service, rather than costing the Community money to have him incarcerated.

Respectfully,

Mark R. Minsky

Page 21

# EXHIBIT 9

**EXHIBIT 9**

June 21, 2011

Hon. Percy Anderson
United States District Court Judge
Courtroom 15
312 N. Spring Street
Los Angeles, CA 90012

RE: Hamid Tabatabai

Honorable Judge Anderson:

My name is Greg Johnson and I was formerly CFO of Namco Capital. I worked very closely with Hamid Tabatabai from March 2005 thru the end of 2008 and had an office next to him and I had known Hamid through my previous employer for a couple of years prior to being employed by Namco Capital. My work at Namco Capital involved me primarily with the many real estate partnerships that Ezri Namvar, President of Namco Capital, was involved in. However, in that capacity I worked with Hamid extensively.

It was my experience that Hamid was very well liked, respected and trusted by all that he worked with including real estate partners, lawyers, lenders to Namco Capital, fellow employees, etc. I found Hamid to be truthful and honest in all my dealings with him and observed the same in his dealings with others. Many sought Hamid's counsel in both business and personal issues. My belief is that Hamid was a very hard working guy that was honest and truthful and was always simply executing the instructions of Ezri as Ezri made all business decisions for Namco Capital and exercised all authority for Namco. The only delegation of authority was to other members of the Namvar family.

I was astounded when Hamid was charged with this crime and find it totally unbelievable that he was eventually convicted. Hamid is a man with a really good heart and has nothing but good will towards others. Hamid is no threat to anyone and his imprisonment or deportation will only serve to cause his family great distress and heartache as well as his many friends, associates and the community at large.

Greg Johnson
1210 Yukonite Pl
Oxnard, CA 93030
805-983-3844

Page 23

# EXHIBIT 10

**EXHIBIT 10**

July 27, 2011

Hon. Percy Anderson
United States District Court Judge
Courtroom 15
312 N. Spring Street
Los Angeles,
CA 90012


RE: Hamid Tabatabai


My name is Abbasgholi Bayat and I am the CEO of the Sunnyland Group which is involved in the manufacturing and distribution of non-alcoholic beverages.

Hamid and his wife are family friends who I met and became friendly with in Iran from the early 1970s. Our friendship was maintained upon our separate arrivals in the USA after the Iranian revolution of 1979. And indeed became even stronger as we both had children who became and remain the best of friends. We have often visited each other staying at our respective homes together. My level of trust in Hamid and his wife is so high that my daughters, even at a young age, were allowed to visit and stay with them by themselves. I have always had total trust in Hamid.

As a person Hamid has always been known as someone who is caring, honest, reliable and always ready to help. His ambitions have always been sensible and he has worked extremely hard since his arrival in the USA to provide in particular for the welfare and education of his family. His son and daughter have studied very hard and behaved in an exemplary way and are both now physicians. These qualities Hamid has instilled in them.

His dedication is also apparent in the amount of love and care he gave to his father-in-law who lived with or close to him throughout the last 30 years.

It is for the above reasons that I was extremely shocked and distressed when I heard of his current predicament. Hamid is an inherently honest person who lives a simple life. He has never tried to live beyond his means. He has never had any interest in flashy cars or fancy houses. His life has always been simple and very happy. His family is one of the very few that I have seen in my life time where harmony and love have persisted for decades. His son and daughter exemplify this.

I am convinced that his current predicament is totally out of character with the Hamid that I have known intimately for over 40 years. Conviction and punishment will be excruciatingly damaging to Hamid and his family who have lived the American Dream since their arrival after the tragic Iranian revolution. He has delivered along with his wife two  delightful people who will serve the medical needs of hundreds of people of all means for the next 30 to 40 years.

Finally I would like to add over the past 30 years Hamid's contributions to his family, his friends, his neighbors and communities in which he has lived have been extremely positive. He has done harm to no-one and nothing. And I would beseech your Honor to take all of this into consideration in your deliberations.

Respectfully yours,

Abbasgholi Bayat

# EXHIBIT 11

**EXHIBIT 11**

July 21, 2011

TO: Hon. Percy Anderson
United States District Court Judge
Courtoom 15
312 N. Spring Street
Los Angeles, CA 90012

RE: Hamid Tabatabai

My name is Ramin Tabatabai and I am Hamid's son.  I work as an Emergency Physician having just completed my residency and Chief Resident year at LAC+USC Hospital. I have had the gift of knowing my father throughout my entire life of thirty-one years. Having met countless people throughout my lifetime, I can say with certainty that Hamid is the most ethically pure human being I have ever encountered.

This is a difficult letter for me to write as it pains me to have to write a letter regarding Hamid's character.  Anybody that has met him knows that he is an incredible person and I have yet to hear somebody describe him negatively until this trial when prosecutors repeatedly attacked his character without having ever truly met, spoken, or spent anytime with him.  They will never know the amount of anger and sadness that will forever flow in my veins from their irresponsible use of words to describe my father.

For anyone that has known Hamid either in a work or social setting, it is immediately obvious that he is selfless to the core.  He works tirelessly and when I was a young kid, I remember being so excited to see him when he got home because he worked long hours yet greeted us always with love and positive energy. He worked long hours not for himself but for me and my sister.  As in everything he did, he never allowed himself any luxury and spent all his hard-earned money and time in ensuring that we would have a more comfortable life and receive a good education.

I have learned more about humility, hard work, and providing service to others from my father than anyone else in my life.  I have learned to smile and not appear tired for others when times are difficult for myself.  I have learned to help others when I am able.  Most importantly, I know that I am in the rare minority of people in this world that know what it takes to be a courageous, dedicated and strong father because of what I have learned from watching him raise us.

To say that the crimes that my dad has been accused of are out of character for him would be a gross understatement.  He has never spoiled us with unnecessary materials or gains and quite to the contrary he has taught us the importance of living happily regardless of our financial standing.  He has worked countless hours throughout his entire life in America to provide us with the tools to succeed and achieve a future of fulfillment.

I have never felt so much emotion as I have sitting through this trial because I assumed that nobody could see him as anything other than an honest, hard-working, and loyal person.  If my dad were taken away from me after so many years of self-sacrifice and working his whole life for others around him, I would forever feel sick to my stomach.  I would find it hard to believe in anything in this country if my father of all people was taken away from the only thing that means anything to him, his family and friends.

Respectfully yours,

Ramin Tabatabai

# EXHIBIT 12

**EXHIBIT 12**

August 25, 2011
Hon.Percy Anderson
United States District Court Judge
Courtroom 15
312 N.Spring Street
Los Angeles CA 90012


Hon.Percy Anderson:

My name is Fataneh Tabatabai, Hamid's wife for the past 38 years. I am a
National board Certified French Teacher at LAUSD since 1992 and a part-time
educator at CSUN since 2003. I have a master in Psychology from France and
completed my secondary education from CSUN. I have known Hamid all my life;
we were neighbors since I was born.

Ever since our childhood, Hamid was the most caring, loving, generous and
honest person I have ever met in my life. I vividly remember even at an early
age, when kids can be so selfish and cruel, Hamid was always so gentle, never
pushing younger kids around, always sharing all his toys with us. When he was
a teenager, he was a true gentleman, unlike many boys of his age. As a young
man, he was mature, honest considerate and kind. Through all the years we lived
together, I witnessed Hamid's integrity and extreme honesty and generosity in
every day life situations, as well as work related issues. I always admired his high
morality and his ability to always be straightforward and truthful. Hamid is so
conservative in following the laws and rules, that he almost never even gets a
traffic ticket.

Following the revolution in our country, we left everything behind to come to the
United States, to raise our kids in a society where justice governs. We left our
comfortable life behind in search of a fair society where hard work, honesty and
integrity would be appreciated. Upon our arrival in Washington D.C, we had to
build our life from zero. This never bothered either one of us especially Hamid.
He tirelessly and selflessly worked long hours to provide for us. Every evening,
he came home from a hard day's work with the most pleasant smile and patiently
helped our kids with their homework and me with the house chores. He never
complained of being tired. Throughout these past 38 years, despite his busy
schedule, he always assisted me at home, especially every time I have migraine,
which would occur quite frequently. Hamid takes care of all the issues and paper
works related to our life, loan, insurance, and maintenance. He is the first one to
wake up and the last one to go to bed. Hamid is a pillar of integrity within our
nuclear family as well as all our friends, family, and community. My side of family
worships him like their own because Hamid is extremely nice, devoted and

Page 31

generous with everyone. I will never forget how gracious and supportive Hamid was with both my parents when they were in their deathbeds for many months. Hamid treated both my parents with the same compassion and love that he treated his parents and his beloved sister who passed of lung cancer in our house.  Hamid is so selfless that even now that he is going through the most horrible time, he is more concerned about our children and myself than about himself.

 Hamid would always lend a helping hand to anyone in need, even through the days we were struggling to make a living.. Every time there is a National or world disaster, Hamid always contributes to organizations such as Red Cross or Doctors without Borders. I never experienced Hamid refusing any help to anyone, far or close. He always goes out of his way to help others, financially or otherwise. He prepares the tax papers of so many of our friends and family for free, no matter how busy he is. We have a close friend whose family is well off except him. Therefore at times, he needs extra money, especially during the time he was out of work.  Although he is very close to his family, he always asks Hamid for money, knowing that Hamid never questions him, judges him nor refuses him the money he needs.

It is with a great pain I am writing this letter to discuss Hamid's character for this very unfair situation. In one word, Hamid is a saint.  All three of us, Ramin, Roya and myself are a better person because of Hamid. Through his actions, he taught us the value of honesty, friendship, selflessness, patience, hard work, respect, altruism, and appreciation of simple things in life.  Because of his high moral values, now our two children carry on the legacy of helping others with great compassion, as medical doctors, helping mostly needy people, travelling to places like Haiti, Ecuador, and South Africa to volunteer their services. I am very proud of our two children, not because they are medical doctors, but because they mirror my husband's beautiful qualities in life, being great human beings. Eight years ago, when we were purchasing our new house, I was insisting that we not sell our townhouse and borrow money in order to make our new down payment. Hamid refused to do so claiming we do not need two houses, nor we should live beyond our means.  Hamid is a role model of best husband, father, son, brother, in-law, friend and employee. Hamid is not only my soul mate, he is my soul. I cannot imagine a day in my life without him.

To this day of my life, I do not yet know anyone who has met Hamid and not admired him for who he is. Therefore when I found out about all the unjust and unfounded accusations against my husband, I was in total shock. I would have been less shocked if someone had told me Hamid is a woman, after all these years of marriage. It is so ironic that Hamid, who is a symbol of honesty, integrity, and financial conservatism among all who know him, is being accused of cheating and stealing. Our entire community is in great disbelief. All Hamid has done was work hard with integrity and loyalty to everyone around him to provide a comfortable but not luxurious life yet not luxurious life for us.  These

outrageous wrong accusations have destroyed our life, and made us feel emotions we never knew existed; of all the difficulties in our life that we had faced, this situation tops them all combined. For Hamid, my children and myself, our American dream is turning into a nightmare that we never expected. We always believed that if you work hard with honesty no one would accuse you of any wrongdoing. We always believed in the justice system in this country. We still have faith and believe that justice will prevail. For this reason, your Honor, I hope you will have some compassion for this matter. If Hamid is taken away from us, my children's and my life will be forever ruined. My children will not trust us anymore for making them believe in justice system in America. By imprisoning Hamid you will destroy not only a pure man, but us too, along with the faith and beliefs of all of our friends and family. I am confident, Your Honor, if you had met Hamid in any other situation, you would agree with me.

Sincerely yours,

Fataneh Tabatabai

# EXHIBIT 13

**EXHIBIT 13**

July 9, 2011

TO: Hon. Percy Anderson
United States District Court Judge
Courtoom 15
312 N. Spring Street
Los Angeles, CA 90012

RE: Hamid Tabatabai

Dear Judge Anderson,

My name is Brian Boots and I am writing on behalf of Hamid Tabatabai. I am currently the Head of Fixed Income Finance for the investment firm Pine River Capital Management in New York City. Hamid, being the husband of my mother's sister, is my uncle and I have known him for my entire life. I have always known Hamid to be a truly generous and compassionate individual and he means a great deal to me personally as well as to my entire family.

I believe that the true measure of a person's character can be revealed by his actions. When my grandfather (Hamid's father-in-law) was nearing the end of his battle with Alzheimer's and Parkinson's diseases, Hamid did not hesitate to sacrifice his home as a comfortable place where my grandfather could spend his final days. When my wife and children and I visit Los Angeles, Hamid not only insists that we stay at his home, but he demands that some of us stay in his bedroom while he sleeps on the couch. I believe Hamid gleans great happiness from his generosity and by making others happy.

As any parent knows, perhaps the best reflection of an individual's character can be found in the children he raises. Both of my cousins, Ramin and Roya, share the generosity, kindness and love of family that Hamid exemplifies. Ramin is an emergency room doctor in the Los Angeles area. When I am fortunate enough to spend time with Ramin, we discuss his recent experiences in the emergency room. We talk about the time he's spent with paramedics driving through the poorer areas of Los Angeles bringing care to the homeless. We talk about his trip to Haiti during which he was determined to bring his knowledge and care to the people suffering from the devastation of the 2008 hurricane. Roya, as a recent graduate of the Geffen School of Medicine at UCLA, is equally as bright and caring. She is now working in a medical residency program in the Los Angeles area and is on a similar path to helping to improve the lives of those in the Los Angeles community.

Given what I believe to be Hamid and his family's character, obviously I was quite stunned to hear about his conviction. This is a man that risked his life to move his family out of Iran to escape political persecution and to provide for them a better life. He is a humble man that has never sought material reward; his only desire is to make a better life for his family and himself. Our family is a very close and tight knit group, and the thought of him being taken from us - for any period of time - is very saddening and would be devastating to us all.

Sincerely,

Brian K. Boots

# EXHIBIT 14

**EXHIBIT 14**

July 19, 2011

TO:  Hon. Percy Anderson
United States District Court Judge
Courtoom 15
312 N. Spring Street
Los Angeles, CA 90012

RE: Hamid Tabatabai

To Whom It May Concern:

My name is Justin Dargahi and Hamid is my uncle so I've had the privilege of knowing him my whole life (30 years). I work in the mental health field where it is my job to read people's minds and ideations so and to me Hamid has always stricken me as an extremely hard-working and loving family man that would do anything for anyone he knew.

I visit Hamid and his family every year or so any time I can make it out to California (from Florida). Hamid is usually the one that picks me up from the airport and takes me to the airport when it's time for me to fly back (even thought it might make him a little late for work). I don't think I've ever seen Hamid take a day off from work. He works such long hours and even on weekends when he's not at work, he's constantly running errands for everyone.

Hamid is just an extremely hard-working and dedicated man which is why I was shocked to hear about the conviction. I've known Hamid my whole life and seriously doubt he could have done the things that he is being wronged for.

Another negative in this whole process is the emotional drain it has put on his family. His wife, daughter and son have been overcome with stress during this whole ordeal. They are one of the closest (and loving) families I've ever known and if Hamid does indeed have to follow through with a heavy sentence I don't know how those around him will ever recover.

This man is not a criminal. Not only did Hamid provide well for his family after moving to the United States (from England) but strived in this country. Thanks to all of his efforts he is able to say he's the proud father of two doctors and proud husband of a very successful wife, all of whom are extremely caring individuals. To take Hamid away from those who love him would be the real crime here.

Thank you so much for your time.

Sincerely,

Justin Dargahi

Page 37

# EXHIBIT 15

**EXHIBIT 15**

July 25, 2011

TO: Hon. Percy Anderson
United States District Court Judge
Courtoom 15
312 N. Spring Street
Los Angeles, CA 90012

RE: Hamid Tabatabai

Dear Judge Anderson,

My name is Rami Shaarawy. I am a physician and work at West Hills Hospital. I have
known Hamid Tabatabai for over ten years. I was classmates with his son, Ramin, at the
University of California, San Diego and roommates with Ramin while we both attended
medical school in Wisconsin. Mr. Tabatabai has always been a remarkable man whose
love and support for his family is nothing short of incredible. To really know this man,
you must get to know his children. Ramin and Roya are the most compassionate, loving
and patient people. They are kind hearted, modest and humble. Ramin and Roya have
strong morals and principles and have both chosen professions in medicine to help others.
I am certain that these two have become outstanding individuals because of their father.
Mr. Tabatabai is a man of integrity, full of family values, and someone that I will always
hold in high regard. When I learned of his recent legal problems, I was shocked because
the conviction and its implications are completely out of character from the man that I
know. Frankly, I have known him to be the polar opposite from what has been portrayed
during this case. Mr. Tabatabai has been a man I myself have aspired to be like as a
husband and father. This has been a very trying time for myself and most certainly for his
family and I can only hope and pray that his true character is brought to light.

If I can be of any assistance please do not hesitate to call me.

Respectfully,

Rami Shaarawy, M.D.
Cellular Phone: (310) 633-1216

# EXHIBIT 16

**EXHIBIT 16**

July 7, 2011


TO: Hon. Percy Anderson
United States District Court Judge
Courtroom 15
312 N. Spring Street
Los Angeles, CA 90012

RE: Hamid Tabatabai


My name is Andreh Haftvani and I am writing this letter on behalf of myself and my wife
Alexis Haftvani. I am currently working for a security company overseas and my wife is
a Foreign Service Officer for the U.S. Department of State. I met Hamid in 1997 when I
was introduced to him through his son, and my new friend at the time, Dr. Ramin
Tabatabai. My wife, Alexis, first met Hamid when I brought her to his home for one of
the many barbeques he hosted at his home in 2002. Hamid immediately welcomed her to
the group as if she was his own daughter and helped to make her comfortable around all
the new people she was meeting for the first time. Hamid is simply put one of the most
generous and kind-hearted men I have ever known.

My first interaction with Hamid could not have been more timely point in my life. I had
never lived away from home and this was my first experience without my family. Hamid
greeted me warmly and proceeded to learn as much as he could about me and my family
back home. Hamid went to great lengths to make me feel like I was not losing my family
but that I was gaining new family members like him. It was a very special interaction for
me as a young man away from home and it truly spoke to me about the kind heart of this
man. Hamid played a father role whenever he was around and went far beyond what was
required of him as the father of a friend, he treated us all like his sons. I have many dear
friends from my college days but I only have one friend whose family I still see regularly,
Mr. & Mrs. Hamid Tabatabai. Hamid has gone from being a father figure to a friend.
Hamid has always been plain spoken in his criticism and in his advice. He willingly
shared his experiences with us and told us when he thought we were making bad choices.
You could always count on Hamid to be honest with you and to help guide you to a better
choice. Hamid is an honest and warm soul whose presence in my life came at a
particularly meaningful time. Hamid helped to create a community of friends from
college by constantly giving us a reason to be together and to enjoy each other's
company.

When Hamid's son told me that he had been convicted I was confused. I was certain that
he was joking with me because there is no way that the man I have known for almost 15
years could be guilty of any of the crimes with which he was charged. It is simply too far
out of his caring and loving character. I have been around the world, served in the US
Navy, built my own businesses, been involved with Rotary International since the age of
13, served as a Rotary Ambassadorial Scholar in South Africa, and been a Rotarian. I

have been blessed to meet many people and to have a wide range of experiences with all sorts of persons. That is one of the reasons it is particularly hard for me to believe that the crimes Hamid has been convicted simply because he is one of the most honorable people I have ever known. It is obvious if you know not only him but also his wife and children. I have seen the conviction with which his Ramin stands up for people who are weak and in need of help. This example and more like it have always shown me the kind of man Hamid is and how he has raised his children with integrity and honor. They are the paragon of caring and honest people.

At first I was certain that the trial would exonerate Hamid but that has not happened. I now find myself thinking how tragic it would be if Hamid is indeed imprisoned. It would be devastating to not only his wife and children but also to the many young men he has helped to guide through those difficult college years. It is impossible for me to process how Hamid's imprisonment would affect me. Hamid has given so much of himself and his family to us that I find only a profound sense of disappointment and sadness when I consider the possibility.

Hamid's situation is devastating and truly saddening to me on a very personal level. This man and his family have been supremely generous and welcoming to me and my family for over a decade. I don't know how this case will unfold but as a Rotarian, a U.S. Naval Officer, and a first-generation immigrant whose family has benefited tremendously from the miracle that is the United States, and now as a member of the U.S. diplomatic community, I hold out hope that the U.S. justice system will work as it is designed to and exonerate my friend Hamid.

Sincerely,

Andreh Haftvani

# EXHIBIT 17

**EXHIBIT 17**

Farzin Espahani
76 Windjammer
Irvine, CA 92614

Monday, July 11, 2011

TO: Hon. Percy Anderson
United States District Court Judge
Courtroom 15
312 N. Spring Street
Los Angeles, CA 90012

RE: Hamid Tabatabai

Dear your honor,

My name is Farzin Espahani and I am a cultural anthropologist and researcher from California State University of Fullerton. I have met Mr. Hamid Tabatabai about 10 years ago in a family gathering in Orange County. I have always found Mr. Tabatabai an honest man who cares about social values. In addition, every time that we had a discussion about life, society, and people, he expressed an honest and unbiased opinion about everything.

When I have heard about Mr. Tabatabai's conviction, I was in shock for days since it was very out of character of what I knew from him and his family. I also know his wife who is a school teacher and his two children who are two honest physicians.

Put the friendship aside, as an anthropologist who knows many details about human individual and social behavior, I just cannot believe anybody in this family be able of committing any crime.

Lastly, I am sure many friends, neighbors, students, and patients will be saddened if Mr. Tabatabai gets convicted.

Sincerely,

Farzin Espahani
76 Windjammer
Irvine, CA 92614
Direct: 949-302-9993

Page 44

phone: 949-302-9993 | 76 Windjammer, Irvine CA 92614

# EXHIBIT 18

**EXHIBIT 18**

Hon. Percy Anderson
United States District Court Judge
Courtroom 15
312 North Spring Street
Los Angeles, CA 90012


July 15th, 2011

     RE:   HAMID TABATABAI

Honorable Percy Anderson,

My name is Shahram Elyaszadeh.  I have been a resident of Southern California since I immigrated to the United States to complete my Bachelors Degree in Engineering from University of Southern California.  I presently reside in West Los Angeles with my wife and twin boy and girl.  I have worked in the real estate finance and development industry for the past 25 years and have established myself in the industry as a person of both commitment and honesty.  It is my pleasure to be able to utilize my many years of experience to assist others with their financial needs in a market place which is constantly changing.  That being said, I have always considered Mr. Hamid Tabatabai to be a man of like mind.  I have known Hamid since 1990 when were introduced to one another in our very first real estate transaction in which we were involved.  I found him to be an honest person who stood by his word and respected the interest of his client without compromising himself.  I have had an ongoing relationship with Hamid ever since and on each occasion found him to be forthright, honest, with great integrity and pride.  Mr. Tabatabai has always maintained a completely professional demeanor and I have never seen any evidence of anything other than a hard working family man who cherished his life and opportunities given him and his family here in the United States.

When I was apprised of the potential  conviction or ruling against Mr. Tabatabai, I was shocked.  The allegations and charges against him were **completely uncharacteristic** to any first hand interactions or knowledge that I personally have had of Mr. Tabatabai.  I don't feel under any circumstances that Mr. Tabatabai would ever knowingly or willingly be involved in any situation which would damage his reputation or harm others.   As I have stated previously, in **each and every** dealing that I have had with Mr. Tabatabai, I have always been impressed with both his honesty and integrity and find these rulings, not being privy to the evidence, to be completely *OUT OF CHARACTER.*

Mr. Tabatabai has been a pillar in the community and has contributed to his family, friends and strangers alike.  It is truly a travesty should Mr. Tabatabai be convicted and sentenced for a crime that is unfathomable he would willingly or otherwise commit.  I respectfully request that you consider my testament to this man's character prior to making a final decision and thank you for your consideration and time.

Humbly,

Shahram Elyaszadeh

Page 46

# EXHIBIT 19

**EXHIBIT 19**

July 21, 2011

To: Hon. Percy Anderson
United States District Court Judge
Courtroom 15
312N. Spring Street
Los Angeles, CA 90012

From: Malak Shirkhani
16710 Sherman Way #203
Van Nuys, CA 91406

RE: Hamid Tabatabaie

My name is Malak Shirkhani. I am a Certified Professional Engineer working for the Southern California Edison since 2005, the Board member and the treasurer for Metropolitan Los Angeles Section of the IEEE (Institute of Electrical and Electronics Engineers). I was the Head of Space Section in Telecommunications Company of Iran before I come to the USA in 2001. I have my M.S. degree in Electrical Engineering from California State University of Northridge, USA.

My relationship with Hamid Tabatabaie is from Iran since my father was a friend of his father-in-law for decades and I am close friend of him and his family since I am in the USA. Hamid and Fataneh (his wife) are like my immediate family member. As I and my sister are living alone far from our close family, Hamid and Fataneh always invite us for different events, we spend most big holidays in their home where is a very welcome place of family and friend gatherings. They are the only people that I would ask for help if I am in any kind of trouble.

He is a decent, honest and a precious human being who is recognized as an asset devoted friend, son, brother, husband, father, uncle, … Whenever I saw him at home, he was back after 12 hours work, starting to help Fataneh with daily chores and house work and in case of having companies, he helped with hosting and entertaining family and friends in their home with a decent manner and everlasting smile on his face.

His patience in taking care of three family members; his father-in-law, his mother and his only sister who all passed away in his house was amazing. They all were so dependent on his kindness, trustiness, dedication, sacrificing, generosity, loyalty and unconditional love during their life and their last moments.

Although he has two other brothers, his sister felt more comfortable staying in his house in her final months of living, far away from her son and ex-husband. His father-in-law also spend his final days in his house and while he was so weak in bed, as soon as Hamid entered the house, he started calling his name, Hamid, Hamid…; and Hamid just flew to his bed to say hello and jokes and spend some time with him with his well-mannered. I remember him embracing his mother and dancing with her, as she asked, while she even couldn't move by herself. He was a dedicated son to his mother doing all her personal needs with a big smile.

He always asks us if he can be of any kind of assistance. He himself proposed to do our tax return with no charge with generosity. After his mother passed away he donated us her luxurious furniture and lots of other utensils. He also donated the rest to the others and to the caregiver. When his father-in-law passed away he unconditionally donated all his valuable belongings to the caregiver too.

He is a man of outstanding character, acquired a respectful position as a USA citizen and a father of two fully educated, precious children by trying so hard being completely dedicated to his family and the country he migrated to.

It is beyond my comprehension that Hamid Tabatabaie could be at any illegal activities. It is not digestible for me hearing or believing that he stands convicted of lying or cheating anyone because he is incredibly honest and has such strength of character and strong moral values and ethics that keeps him known as an

*M.Sh*

Page 48

asset, best, caring, dedicated, eminent, futuristic, great, honorable, inexpugnable, joyful, knight-errand, lucubrator, mediator, non-negligent, open-minded, potential, quotable, respectable, serious, tolerant, unique, virtuous, warrior, yielding, zealous in the community. I highly recognize and backup Hamid as an honest, dedicated and innocent of any crime.

He and his family are honest, well educated people serving the country. Nothing could be worse than to think about probable imprison or deportation for such an innocent person, it would be so tragic to him, to Fataneh: a dedicated teacher, to his children: two physicians, to other family, to us friends and to the community.

Better to value him and prove that no goodness goes in vain. I pray that all the kindness and generosity that Hamid and his family have shown to the others in their lives returns to them multifold, in the time of his need.

My hope is the system of justice in our country does not deny him of a fair treatment as such that any other citizen is entitled. In closing I want to request compassion based on his service to his community without expecting anything in return.

Sincerely,
Malak Shirkhani, PE

*Malak Shirkhani*

# EXHIBIT 20

**EXHIBIT 20**

July 3, 2011

Afsaneh M. Bayat
250, 1st Avenue
Unit 435
Boston, MA 02129

TO: Hon. Percy Anderson
United States District Court Judge
Courtroom 15
312 N. Spring Street
Los Angeles, CA, 90012

RE: Hamid Tabatabai

I am a fifty eight year old mother of two daughters who are the same age as Hamid's children. As a classmate of my brother from over 45 years ago, Hamid has no doubt become like family to all members of our family. During this time that I have known him, he has consistently proven to be one of the kindest and, without a doubt, the most trust worthy person that we know.

After the 1979 Islamic revolution in Iran, both of our families immigrated to America about the same time. During that difficult period in our lives, Hamid, his wife and his two young children briefly lived with us in New Jersey. Although I had always known that Hamid was a kind person, it was during this time that I realized just how trust worthy he is. In particular what touched us was to see that he treated our children with the same amount of love and affection that he did his own. Our daughters who were 2 and 5 at the time became very attached and completely comfortable with him. This was a pleasant surprise to my husband and I, because until then they never had this relationship with another adult. Our families have had very close and loving relationship during this past thirty years, and I cannot even count the number of times that Hamid has come to our help, no matter what we needed.

During the period we lived together, although me and my husband had brothers and sisters of our own, we chose Hamid to be our children's legal guardian, should anything happen to us. And now that they are adults, they themselves know that when we are gone, for financial advice, fatherly love or anything they might need, they would be sure to get from Hamid.

When I heard of Hamid's conviction, I was not only shocked, but also grief-stricken. I cried for him as if he were my own brother. I could not understand how someone who has, time and time again, proven to be one of the most honest and trust worthy people that we know, be convicted of such a crime.

If Hamid were convicted and imprisoned for this crime, it would be a huge tragedy to: me and my husband who will lose their best and most reliable friend, to our two daughters who will lose the only person who, for as long as they can remember, has been like a father to them, and to many many other friends and relatives whom I know have the same feelings towards him.

I  hope that my love for Hamid  and the  absolute trust that I have in him  has been effectively portrayed in this letter,  and I will  pray to God and beg him to let it touch the heart of  those who  have his destiny in their hand.

Sincerely yours,

Afsaneh Movahedi Bayat

# EXHIBIT 21

**EXHIBIT 21**

**Bayanfar Insurance Agency**
**12121 Wilshire Blvd. #108**
**Los Angeles, Ca   90025**
**(310) 820.1449**


Honorable Judge Percy Anderson
United States District Court Judge
Courtroom 15
312 N. Spring Street
Los Angeles, Ca   90012


June 27, 2011

Dear Honorable Judge Percy Anderson;


I am an insurance broker and have been working with Namco Insurance for more that 20 years.  During which time I came to know Mr. Hamid Tabatabai who was working with Namco Capital located on the same floor as Namco Insurance.

During Mr. Tabatabai's tenure with Namco Capital, I found him to be very dedicated, industrious professional and ethical. I found him very hard working staying @ the office much later than any other employees in his department.   The accounting advices that I got from him were always precise and accurate.  During the past 20 years I got to know Mr. Tabatabai's family and the close relationship that exists among them.


Knowing Mr. Tabatabai for such a long period of time, it is very hard for me to believe that he lied or he is getting convicted of cheating or any such crime.  Honorable Judge Anderson, imprisonment would be devastating for Mr. Tabatabai and his family.  This is a family with high reputation in our community and lying or cheating is totally out of his character.

I am pleading you to show leniency on his case and have compassion for him and his family.


Respectfully;

Hilda Bayanfar

Page 54

# EXHIBIT 22

**EXHIBIT 22**

6/10/2011


To: Hon. Percy Anderson

United States District Court Judge

Courtroom 15

312 N. Spring Street

Los Angeles, Ca  90012


Re: Hamid Tabatabai


I am an employee at Pacific Western Bank and have known Hamid Tabatabai for the past 10 years both as a friend and someone I have worked with. Hamid's sense of integrity, his honesty and work ethics are none like other.

Hamid has always been extremely helpful and has always gone out of his way to do whatever he can weather any one has asked him or not. He can only be described as a genuinely good person who cannot help but be decent and generous with his time, money and kindness.  It is unfathomable for me to imagine Hamid being involved with anything that is not in accordance with the law. I always used to say he reminds me of my brother who is a CPA, straight as an arrow and honest to a fault.

I am going through a medical crisis at the moment and Hamid out of the blue called me and referred me to his family member to help me with finding a surgeon. He has been calling me so many times during the day to see what I have done so far and every time he says he is sorry for what I am going through. Anyone who is wrongfully going through such an unfair and tough time in his life would not take so much love and compassion for others. He always says my situation is dire and he wants s to help me in any shape he can.

This has always been Hamid's character and nothing has changed despite his ordeals.  It would be extremely sad for his friends and family to see him suffer any conviction.  His incredible honesty has always been his strength and I hope that this will prove effective in his freedom.

I pray for his well being and I know that good people are always protected and I hope to see his warm smiley face asking me to have faith and courage in the justice of the world.


Sincerely,

Soheila Noakhtar

# EXHIBIT 23

**EXHIBIT 23**

August 23, 2011

Hon. Percy Anderson
United States District Court Judge
Courtroom 15
312 N. Spring Street
Los Angeles, CA 90012

RE: <u>HAMID TABATABAI</u>

Dear Judge Anderson:

I am the former Executive Assistant of Namco Capital Group, Inc. My employment with this company lasted 5 years. During this time, I became acquainted with Hamid Tabatabai. I must say that of all the associates I've come in contact with during my employment at Namco, Hamid easily stood out as the most honest, caring and kindhearted. I even recall Hamid always being sure to pay for his personal mail separately, as to not use company postage. This stood out to me because I've seen many people in such a position take advantage. He worked tirelessly, was always the first to arrive and the last to leave. He cares deeply for his family and those around him.

I also wanted to mention that Hamid has had several deaths in the past few years. His mother, sister and father-in-law have all died within months of each other. One would think that due to the climate at work, he would have used this time to take a vacation. Hamid did no such thing. He only took a few days off for the funerals and continued working 10-12 hour days, not even breaking for lunch, but eating at his desk. Upon returning to work each time, he was faced with angry creditors, threats and wrongful accusations. I watched Hamid maneuver each circumstance in the most loving, patient and humble way.

It has been very difficult accepting that a person such as Hamid stands convicted of any crime. I am a God-fearing woman, and I can honestly say that someone of such great character as described above, is hard to find. There are so few people in this world with whom you can trust. We need more people like Hamid in our society, not less. I have lost sleep and suffered a great deal of pain, anguish and turmoil over all of this. I cannot bear the thought of someone with such a beautiful heart facing imprisonment. The thought alone makes me ill.

It would be a great tragedy to inject yet another wound into Hamid and his family by sending him to prison, after all the losses they have suffered. He is not a danger to society in any way, shape or form. He has never asked for anything, only been sacrificial, giving all he has to those around him and to his family. This scenario is out of character, an isolated blemish that in no way defines the man as a whole. Dear Judge Anderson, I beg that you take my words into consideration and do not go through with the imprisonment of Hamid Tabatabai.

Respectfully yours,

Alpha C. Giles

Page 58

# EXHIBIT 24

**EXHIBIT 24**

July 29, 2011


TO: Hon. Percy Anderson
United States District Court Judge
Courtroom 15
312 N. Spring Street
Los Angeles, CA 90012


RE: Hamid Tabatabai


My name is Sendur Sellakumar and I am currently employed as an Investment Banker for a leading Investment Bank. I am writing this letter in support of Mr. Hamid Tabatabai and his legal efforts. I have known Hamid and his family for nearly 14 years. I initially met Hamid through his son, Ramin Tabatabai. I met Hamid and Ramin back in 1997 during my first year of undergraduate study at the University of California, San Diego. Every engagement I've had with Hamid since meeting him has been entirely positive and reinforces my views in this letter.

When I first heard about the conviction of Hamid, my first, and frankly, continued reaction is shock and disbelief of the events that have transpired in the court. Hamid is a warm and caring individual who I have always observed to be a model father, husband and individual. He has always extended his love and support to me and our extended group of friends since we first met him back in 1997. He has invited our friends into his home on multiple occasions to be an integral part of his family – providing support and guidance. In particular, I find the best tangible examples of his love, support and strong moral compass to be his two children, Ramin and Roya. Through his efforts, he has guided his children to be college graduates and today, medical doctors, providing tangible benefits to the community. They both exemplify the traits that are inherent in Hamid - to be a warm and caring individual inherently motivated by helping others around them, with frankly, little to no focus on their own interests.

I cannot fathom to imagine the dire impact a potential imprisonment would have on both his family (wife, son, daughter and extended family) and friends. As a first generation immigrant myself, I can tell you the imprisonment of any one individual to a small family can be detrimental for generations. First generation immigrants often come to the US with just our immediate family, and so do not have an extended family to engage with or for support. We are highly dependent on our immediate family.

I would humbly request the court to truly search the tenants of its mandate relative to the fundamentals of Hamid's situation. I would ask the court to re-review the evidence and allegations against Hamid based on his own merits and actions, not taken together with those of the President / CEO of the Company. I am confident that in reviewing Hamid's

situation on a stand-alone basis, you will see what we have known for years, that Hamid is a truly caring individual and model citizen with a strong moral compass.

Please take this letter and others like it into account when thinking through Hamid's situation.  Like other letters you will receive, I do not write this letter lightly, reflecting my core, heartfelt emotions about his situation, strength of character, moral compass and impact to his family.

Should you wish to discuss any element of this letter, my relationship with Hamid or family, please feel free to contact me (details below).


Sincerely,


Sendur Sellakumar
Mobile: 619-807-3278
Email: ssellaku@gmail.com

# EXHIBIT 25

**EXHIBIT 25**

July 24, 2011

TO: Hon. Percy Anderson
United States District Court Judge
Courtoom 15
312 N. Spring Street
Los Angeles, CA 90012

RE: Hamid Tabatabai

My name is Kavian Boots and I am a Managing Director in the Loan Capital Markets
division of a large commercial bank. I am writing this letter as a character witness for
Hamid Tabatabai, who is my loving uncle. As my letter will attest, Hamid is a man of
strong moral fiber and is dedicated to his family, which depends on him dearly.

Hamid has gone through a lot over the last five years as he cared for my 90 year old
Grandfather and his elderly Mother, who both passed away within the last three years.
He is a very dependable person and was always by their sides, helping them and loving
them through their final days.

In all of the time I have spent with Hamid over the years, I have only known him to be
the nicest, most hospitable and unselfish man. He always puts his family first, whether
that means running errands to get ready for family gatherings or raising his two kids, both
of whom are successful doctors and have spent their lives helping others through
volunteer work.

I am as surprised today as I was when I first heard of the charges against my uncle.
I have dealt with a few fraudulent individuals at companies I have provided loans to in
the past. Hamid does not fit the characteristics of those people. They typically own their
own businesses, have big egos, are desperate, and live lavish lifestyles, which they can't
sustain. Hamid has worked hard his whole life to support his family and raise his
children with strong values. He is modest in both his attitude and lifestyle, and most
importantly, kind in his heart.


Sincerely,

Kavian Boots

Kavian Boots

# EXHIBIT 26

**EXHIBIT 26**

August 3, 2011


Hon. Perey Anderson
United States District Court Judge
Court Room 15
312 N. Spring Street
Los Angeles, CA 90012


I am Amir H. Dowlatshahi, a retired insurance agent from American General Insurance
Company and I live in Irvine, Ca. I was 23 years old when I decided to go to American to
pursue my education. I obtained my degree in Chemical Engineering from the University
of Tennessee in 1966 and I have worked in various jobs in the U.S., England, and Iran. I
ultimately finished my career in the insurance industry and retired in 2005

Mr. Hamid Tabatabai is my niece's husband. Hamid Tabatabai got married in 1968 back
in London and they have two children, Ramin and Roya, both medical doctors. Yes, it is
inconceivable for the immediate family as well as friends to hear that Mr. Hamid
Tabatabai stands convicted for lying or cheating. We are all shocked to hear this news. In
fact, I have known Mr. Hamid Tabatabai for more than fifty years because they were
next-door neighbors to my sister before they got married.

Hamid is the quintessential image of integrity and honesty. I express this without any
reservation or hesitation. I say this because it is an undeniable truth of life and a
unanimous statement from all of us. Hamid Tabatabai very often argued with me about
the recent financial situation of our country and always took a view that the only reason
we are in such a dire straits is greed and corruption. He argued with me that the Federal
government must exercise more stringent regulations on income tax and allocate more
money for needy people. He also argued that not everybody possesses the physical
stamina and intellectual ability to earn enough money to care of themselves. He always
despised people who indulge themselves in any endeavor lawfully or unlawfully to
pursue their sumptuous lifestyle. He said he would have chosen a simplest life, even
preferring to live in a cage like a primitive people, rather than ripping people off because
of his ideology that he cherishes and reveres.

Now, I am asking you, would you believe that the person whom I have described very
honestly would even attempt to engage in any activity which is absolutely against his
ideology and jeopardize his immediate family whom he loves enormously. He is a
harbinger in showing his family that materiality is not conducive to your happiness in
life. What brings you contentment and eternal joy is being virtuous which if you embrace
it would bring you riches.

Take my words because he exercises his ideology. He is not only a happy and tranquil person, but also one of the refined and kind individuals in our family. God forbid that this conviction takes Hamid away from his beautiful family. This would destroy a highly educated, proud and decent family. Their lives would fade away in declivity without Hamid.

Yours Sincerely,

Amir H. Dowlatshahi

# EXHIBIT 27

**EXHIBIT 27**

Hon. Percy Anderson
United States District Court Judge
Courtroom 15
312 North Spring Street
Los Angeles, CA 90012

July 26, 2011

Greetings your honor,

My name is Essi Shilati. I have been a resident of Calabasas with my family for the past 22 years. I am a real estate broker active in residential and commercial properties. I was introduced to Hamid through his brother in law who is a very close friend of mine since high school (50 years of friendship). I also knew Hamid's older brother for the last 27 years. Hamid is genuine, thoughtful, kind, and courteous. He has raised two wonderful children that are now medical doctors and have credited their father in recognizing the importance to be of service to the greater community. Amongst the multitude of reasons that I respect Hamid one specific incident stands out; his emotional support and commitment to his ailing father in-law and wife for over ten years prior to his most recent passing. Hamid behaved with an integrity and sense of pride as though he were his biological son. Hamid will be the first to place his own personal sense of well-being in order to save others from emotional suffering or pain.

He is a role model for his friends and family. Like many hardworking Americans, he came to this country empty handed with his wife and two very young kids at a time when his country was torn apart and his livelihood taken in an instant. All these years, Hamid kept the family together and worked tirelessly without taking any short cuts. His commitment as a father, husband and prideful community member is exhibited daily not only to his own family but to a society that that yearns for more people like him.   The potential that Hamid could be removed from the 43 years of honest living that he has displayed would devastate the very foundation his family has built and compromise their accurate reputation in improving the world.  I pray that he gets the opportunity to continuously enjoy his family, that his wife has the continued strength to hand it over to a higher power, and the legacy that he has created to be joyfully renewed.

With respect,

Essi Shilati
818.269.2248

Page 68

# EXHIBIT 28

**EXHIBIT 28**

July 20, 2011

Hon. Percy Anderson
United States District Court Judge
Courtroom 5
312 N. Spring Street
Los Angeles, CA 90012

I am an MD, American Board Certified Pathologist. My medical education was in
Switzerland and the USA. I have practiced pathology in this country for over thirty years.
I have also taught at colleges and workshops, trained other physicians to become
responsible pathologists. I am also a father, who has raised three responsible and
educated human beings who are contributing members of our society.  I have known
Hamid Tabatabai for over forty years. He is not only a member of the family, he is also a
good friend of the family and myself. What stand out most in Hamid's character are his
diligent and hard working qualities. He is an honorable man whose hard work has
resulted in raising two intelligent, educated and responsible medal doctors who are
serving our community.

I have always admired Hamid for being a hardworking and delightful person. There were
times where Hamid worked 12-14 hours a day to provide a good life for his family. He
has dedicated his whole life to raising and educating his children in the best possible way.
Throughout our friendship, we have had long conversations about what it takes to raise
responsible children and how hard work will always pave the way for a better future.
Besides his care for his immediate family, Hamid has devoted his energy to taking care of
elder members of the family and those suffering from illness or need support and care. In
addition to taking care of his own parents, who suffered from cancer and Alzheimer, his
mother in-law who dealt with advance cancer, and his sister who passed away from
cancer,  Hamid also acted like a son to his father in law (our uncle Reza) who recently
passed at the age of 95. Uncle Reza relied on Hamid more than his own son and loved
him just the same. What is intriguing about all of this is that Hamid handled it with
delight and dignity. We never heard him complain or act tired.

My family and I were shocked to hear about Hamid's conviction. This is completely out
of character for someone who has built his life on good merits and hard work. I am sure
anyone who knows Hamid well is shocked and heartbroken. He is one of the most
honorable men I know.

It would be tragic for the whole family if he were ever convicted of this crime and
imprisoned. He is one of the most loving and caring people we know who glues the
family together. He is the backbone of the family. Elders rely on his commitment and
care, younger members of the family look up to him as a role model and almost everyone
counts on his friendship and big heart. I cannot imagine what this would do to his
immediate family. They are the most loving individuals and their dedication to the
betterment of society deserves applaud, not hardship and sadness.

Sincerely,

Mehdi Moghimi, MD

# EXHIBIT 29

**EXHIBIT 29**

July 20, 2011

Hon. Percy Anderson
United States District Court Judge
Courtroom 5
312 N. Spring Street
Los Angeles, CA 90012

I am an MD, American Board Certified Pathologist. My medical education was in
Switzerland and the USA. I have practiced pathology in this country for over thirty years.
I have also taught at colleges and workshops, trained other physicians to become
responsible pathologists. I am also a father, who has raised three responsible and
educated human beings who are contributing members of our society.  I have known
Hamid Tabatabai for over forty years. He is not only a member of the family, he is also a
good friend of the family and myself. What stand out most in Hamid's character are his
diligent and hard working qualities. He is an honorable man whose hard work has
resulted in raising two intelligent, educated and responsible medal doctors who are
serving our community.

I have always admired Hamid for being a hardworking and delightful person. There were
times where Hamid worked 12-14 hours a day to provide a good life for his family. He
has dedicated his whole life to raising and educating his children in the best possible way.
Throughout our friendship, we have had long conversations about what it takes to raise
responsible children and how hard work will always pave the way for a better future.
Besides his care for his immediate family, Hamid has devoted his energy to taking care of
elder members of the family and those suffering from illness or need support and care. In
addition to taking care of his own parents, who suffered from cancer and Alzheimer, his
mother in-law who dealt with advance cancer, and his sister who passed away from
cancer,  Hamid also acted like a son to his father in law (our uncle Reza) who recently
passed at the age of 95. Uncle Reza relied on Hamid more than his own son and loved
him just the same. What is intriguing about all of this is that Hamid handled it with
delight and dignity. We never heard him complain or act tired.

My family and I were shocked to hear about Hamid's conviction. This is completely out
of character for someone who has built his life on good merits and hard work. I am sure
anyone who knows Hamid well is shocked and heartbroken. He is one of the most
honorable men I know.

It would be tragic for the whole family if he were ever convicted of this crime and
imprisoned. He is one of the most loving and caring people we know who glues the
family together. He is the backbone of the family. Elders rely on his commitment and
care, younger members of the family look up to him as a role model and almost everyone
counts on his friendship and big heart. I cannot imagine what this would do to his
immediate family. They are the most loving individuals and their dedication to the
betterment of society deserves applaud, not hardship and sadness.

Sincerely,

Mehdi Moghimi, MD

# EXHIBIT 30

**EXHIBIT 30**

Honorable Judge Percy Anderson
United States District Court Judge
Courtroom 15
3122 North Spring Street
Los Angeles, California 90012


Regarding Mr. Hamid Tabatabai


July 18, 2011

Honorable Judge Anderson,

I, Stephan Saeed Nourmand am writing this letter to you in the hope of shedding more light on the true, sincere and human nature of a very dear and close friend of mine since childhood.
I moved to United States in 1965 and became a U.S. citizen many years ago. I got married in 1970. I have three children and two grandchildren. I received my B.S. and M.S. degrees from The State University of New York. I am a registered professional engineer in the State of California. I have had the privilege of serving as a director of Beverly Hills Greater Los Angeles Association of Realtors, California Association of Realtors and Beverly Hills Chamber of Commerce. I also served as the President of Beverly Hills Greater Los Angeles Association of Realtors.
Mr. Tabatabai has been one of my true and closest friends since we became classmates in high school in Teheran Iran almost fifty years ago.
Mr. Tabatabai distinguished himself as a model student by all standards.
Mr. Tabatabai respected our teachers and administrators and followed the school rules and regulations to a fault.
Mr. Tabatabai is a caring, loving, honest and hard working individual who has dedicated his life and his time to taking care of his family.
Mr. Tabatabai has a loving wife who is a public school teacher. They have two children. Their son is a practicing medical doctor and their daughter is finishing medical school. Their children accomplishment is a testament to Mr. and Mrs. Tabatabai's high standards and values.
When Mr. Tabatabai's elderly father and mother became sick Mr. and Mrs. Tabatabai opened their home to them and took the responsibility of taking care of them in the remaining years of their life. Mr. Tabatabai is a responsible human being who has great intentions, high moral values and cares deeply.
I am so fortunate and proud to have Mr. Tabatabai as my friend.
I would welcome the opportunity to answer any questions that you may have.

Respectfully,

Stephan Saeed Nourmand

Page 74

# EXHIBIT 31

**EXHIBIT 31**

Noushin Dowlatshahi

6655 N. Canyon Crest Dr.

Unit 12269

Tucson, AZ 85750

Tel: 520-991-1590

Hon. Percy Anderson

United States District Court Judge

Courtroom 15

312 N. Spring Street

Los Angeles, CA 90012

Honorable Judge Anderson,                                    June 22, 2011

My name is Noushin Dowlatshahi, I am Raytheon Missile Systems Engineer, residing in Tucson, Arizona since 1990. Tucson has been my home and place of residence since age 15 when I started to attend the University of Arizona.

Mr. Hamid Tabatabai is married to my cousin Fataneh and therefore, I have known him throughout my entire life.  The nature of my relationship with my cousin Fataneh and her family has been more similar to a relationship one would have with her immediate family members. Fataneh and Hamid's home has been a home for me at times for months, while leaving in Iran, and in France. Since they relocated to Agoura Hills, California, I have spent most big holidays with them.

To me, Hamid Tabatabai has been the epitome of love, loyalty, selflessness, responsibility ,intelligence and hard work. When I think of Hamid, I remember how he would worked 12 hours days,  come home and without seating even for a second, he would started to help my cousin with whatever she was doing always with a smile. During my stay with them, I have never seen Hamid sleep past 6am, seat idle to watch television, nor engaged in any type of personal hobby other than entertain friends and family in their home. If Hamid was not at work, he was helping my cousin with the house work, or tending to his mother, or his children.

Page 76

Until a year ago when my uncle passed away, Hamid and Fataneh were not only working full time both at work and home, they were the sole guardians of Fataneh's father, Hamid's mother as well as Hamid's sister who was diagnosed with stage IV terminal ovarian cancer. When I came to stay with them for the weekend, I would watch Hamid pick up her mother, give her a bath, paint her nails, dance with her and feed her, all with a smile. He and Fataneh did the same thing for my uncle, Fataneh's father.

When Hamid's sister was diagnosed with Ovarian cancer in 2004, she was divorced with a seven years old boy. Even though she had two other brothers, she had chosen Hamid to be the executer of her will as she mainly depended on him throughout her life. She resided in Tucson because of her son whose custody she shared with her ex-husband. Hamid would make multiple trips to Tucson to visit her sister from 2004 to the time she passed away in 2009. When Hamid's sister Shirin was told that her days in this world have come to an end, Shirin chose to leave her home in Tucson and reside with her brother and my cousin, while trying one more treatment at the UCLA. It was at Hamid's home in Agoura Hills where Shirin left this world without even having the chance to see her son nor her ex-husband who were on their way to see her from Tucson, Arizona.

After losing three family members for whom they were the main caregivers, we all hoped that Hamid and Fataneh would be able to enjoy some less difficult and more peaceful time with their children, friends and extended family when we heard of his new legal troubles.

Knowing a man like Hamid, whom I have upheld to the highest standard of personal integrity, honesty and wisdom throughout my entire life; a sharp and conservative individual whom I trusted with any type of life decisions; a responsible man who would rather walk back and for an hour in order not to risk being cited for a traffic ticket, I am still in the state of shock and disbelieve with regards to the latest charges and accusations against him.

Hamid was the sort who would never judge, I was never afraid to ask him for directions even if it was for the 20th times, as he would never hold that against me. Hamid would listen to you with such attentiveness and yet would never ask you a question that you did not want to be asked. If you were Hamid's friend or any relative of him or his wife, you did not have to second guess whom you would ask for help if you were in trouble.

It is because of the privilege of knowing Hamid that I cannot believe that he could ever engage in any type of illegal activities, such as the ones currently pending judgment. I only hope that the system of justice in our country does not deny him of a fair treatment as such that any other citizen is entitled. I also pray that all the kindness and generosity that Hamid and his family have shown to the others in their lives returns to them tenfold in the time of his need.

As for imprisoning a man like Hamid, I do not believe that it would accomplish anything other than gravely and negatively affecting the moral and life of his wife Fataneh, a dedicated teacher and his children, two physicians who spend their days and nights serving their community, more than it already has.

N. Dowlatlah                    June 22, 2011

Page 77

# EXHIBIT 32

**EXHIBIT 32**

August 11, 2011

Hon. Percy Anderson
United States District Court Judge
Courtroom 5
312 N. Spring Street
Los Angeles, CA 90012

RE: Hamid Tabatabai

My name is Marjaneh Moghimi and I am a filmmaker, producer based in San Francisco,
California. I remember very vividly the first time I heard about a person by the name of
Hamid Tabatabai. I was eleven years old, sunbathing in our backyard in San Jose, with
my favorite older cousin Fataneh, who I looked up to (and still do to this day). Fataneh
was telling my aunt about Hamid's recent proposal and how excited she was to be
marrying him. The love and admiration in her voice were so strong and vivid that it has
remained with me throughout all these years. I instantly took a liking to Hamid. I thought
he must be a very special person if my beloved cousin has decided to spend the rest of her
life with him. And special is just one of the adjectives that I can think of to describe
Hamid. He is one of the most loving, dedicated, trustworthy, hardworking and amusing
people I have ever met in my life.

As I grew older, I had the pleasure of being more part of Hamid and Fataneh's lives and
see them raise two incredible children, Ramin and Roya. When I moved to Washing DC
for a few years, Hamid and Fataneh basically adopted me and their household became my
home away from home. To this day, I remember the love and the laughter that radiated
from that house. I genuinely felt special and lucky to be part of that environment. The
smell of stews cooking over the oven, Hamid doing homework with the kids, while
Fataneh and I drank tea and nibbled on chocolate covered raisins, sitting in front of the
fire place, are some of my finest memories to this date. I still get a big smile on my face
when I remember how we would call Hamid, who was busy with the kids' homework, to
refresh our tea or bring us more raisins. But it wasn't just their love and joyful ways that
resonated with me, but their hard work and dedication to creating a better life was just as
inspiring. Fataneh was working as a pastry chef at the time and would leave the house at
4 a.m., even during freezing snowstorms, when it would take an extra half hour to melt
the ice on her car. In her absences, Hamid would get the kids ready for school. We used to
call him the human alarm since he would go room to room, calling each person's name
with the outmost energy and joy that a human voice can carry that early in the morning…
Throughout the years, while working hard to give his family the opportunities to excel in
life, Hamid had to over come many personal obstacles as well. But only as Hamid can, he
tackled these crises in the most dignified and loving ways. It is not an easy to deal with
one's parents' illness or old age, but to have to take care of your in-laws, as well as your
siblings, whose illness at a younger age magnifies the emotional despair and suffering,
takes enormous dedication and strength.  Hamid's vigor became the rock that the family
depended on and his joyful and amusing ways became the escape that everyone needed.

So you can imagine the shock and the sadness that I felt when I first heard about Hamid's conviction. This is the time that Hamid should bask in his accomplishments and relish the fact that his beloved children have followed his hard working footsteps and are successful and loving human beings.  Ever since I heard this horrible news, I feel that a dark cloud has covered everything that is good and beautiful. I can't even for a second consider the idea that Hamid could be convicted and imprisoned. If life imitates art, then good always prevails evil. And I cannot think of another human being that best describes the words "good" and "decent" in my dictionary.

Sincerely,

Marjaneh Moghimi

# EXHIBIT 33

**EXHIBIT 33**



Giti Jomehri
Director

RAINBOW MONTESSORI SCHOOL
& CHILD DEVELOPMENT CENTER
www.rmsdanville.com

101 Sonora Ave. Danville, CA 94526    T:925.831.6199
F:925.831.1523

July 18, 2011

To whom it may concern,

I am writing this letter regarding my dear second cousin, Hamid Tabatabai. My name is Giti Jomehri. I am very well known director/owner of a Montessori school for the past 10 years in Danville, California. For the past 27 years, I have been working and directing different schools in the Bay Area, in Northern California. I have been in the United States since 1982.

I've known Mr. Hamid Tabatabai since childhood. He is one of the most respected, honest, kind, and supportive members within my family. His kind nature and integrity around the people in his life including both his family and friends are creditable.

During his sister's illness until she passed away, Hamid was the person who took care of her in his home. He is a very well educated man, and his kind, honest, and dedicated wife and children desperately need him in their life. It is hard to believe that his family could be pulled apart. It is hard to see him involved in such a disaster, and I strongly believe that he's a nice and honest man who genuinely loves is family. From the bottom of my heart, I am praying for him and for his family.

Thank you.

Sincerely,

Giti Jomehri

Giti Jomehri

# EXHIBIT 34

**EXHIBIT 34**

Shain Esmaili
3916 W. 230th St.
Torrance, CA 90505

To: Hon. Percy Anderson
United States District Court Judge
Courtroom 15
312 N. Springs Street
Los Angeles, CA 90012

Re: Hamid Tabatabi

My Name is Shain Esmaili and I am a business owner in the city of Gardena for the last
15 years.  I met Hamid Tabatabi about 16 years ago, Mr. Tabatabi is related to my wife.
Mr. Tabatabai is been a wonderful and trusted friend and I think very highly of him.

Hamid Tabatabi is been very honest and forthcoming in all of our Contacts, he is one of
kindest individual I have ever known.  He is always lived a very modest life with
emphasizes on family, community, education for all of our children and honest work.

I was shocked to find out that Hamid is been convicted of any crime since he has always
been a very law abiding individual.

It would be heartbreaking for the family to see Hamid is imprisoned since so many
family members love and depend on him and it is so out of character for him to be in this
situation.


Sincerely,

Shain Esmaili

Page 84

# EXHIBIT 35

**EXHIBIT 35**

Mina Mirkazemi
3916 W. 230TH St.
Torrance, Ca 90505

To: Hon. Percy Anderson
United States District Court Judge
Courtroom 15
312 N. Springs Street
Los Angeles, CA 90012

Re: Hamid Tabatabi

My Name is Mina Mirkazemi and I am a Senior Design Manager at Spin Master Toy
Company for the last 3 years. Prior to that, I was a Senior Design and Development
Manager at Mattel for 16 years. Hamid Tabatabai is my cousin's husband. Mr. Tabatabai
is respected family member and is loved by all.

Hamid Tabatabi has been one of the kindest, most genuine people I have ever known. He
lives a very modest life with his wife and children. He has worked very hard to provide
for his family and has stressed education and hard work. He is always there to help any
one in need without expecting anything in return.

I am writing to ask for compassion of the court. Hamid is beloved and special to all his
family and friends. His positive outlook on life and willingness to help any one in need
without questions makes us very fond of him.

I appreciate this opportunity to say a few words about this kind hard working father and
hope you can consider the above in your decision.


Sincerely,

Mina Mirkazemi

Page 86

# EXHIBIT 36

**EXHIBIT 36**

July 19 2011

TO: Hon. Percy Anderson
United States District Court Judge
Courtoom 15
312 N. Spring Street
Los Angeles, CA 90012

RE: Hamid Tabatabai


My name is Mehdi Tabatabai, and I am an Information Technology strategist and
consultant. I have worked in my current capacity for the 8 years for an international
consultancy company.
I have known Hamid all my life, and as cousins we grew up together, with strong and
close family ties, which have lasted right through to present time.
As a person, Hamid is very much a family oriented person and has always worked hard
for the education and success of his children, who are now successful professionals.

I have found Hamid to be an emphatic person, with high regards and considerations for
other people, particularly those friends and family who surround him. He has always
been willing to provide a helping hand to those who needed it.
I recall, when I arrived in the UK as a young adult to continue my studies, Hamid was
already living there. He took time from his busy schedule of studies to help me go
through motions of settling in my new environment.

Words can not describe my shock and disbelief when I heard about Hamid's conviction.
To me it was surreal and so out of character for Hamid, who has always channeled his
energies to do good deeds and provide a safe family environment for his children.

It would be a real tragedy if Hamid was sentenced to any imprisonment terms. Not only it
will cost him in personal terms, it will also have a devastating effect on his immediate
family if he, as the main pillar of support and strength, was removed.
Such sentencing will also starve the family and friends from a loving, caring and an
extremely supportive human being.

I pray and hope to continue having Hamid amongst us, and continue to enjoy his support,
friendship and keenship.

Sincerely,

Mehdi Tabatabai

Page 88

# EXHIBIT 37

**EXHIBIT 37**

July 30, 2011

TO:  Hon. Percy Anderson
United States District Court Judge
Courtoom 15
312 N. Spring Street
Los Angeles, CA 90012

RE: Hamid Tabatabai

I am a urologic oncologist at Kaiser Permanente and Hamid is a cousin whom I've
known well since childhood.  Therefore, I feel very comfortable writing this letter in
reference to his character.  Hamid is a man of great integrity and is dedicated to his
family, friends and the community.

In my numerous interactions with Hamid over the past 3 decades, I have known him
to be down-to-earth, trustworthy and compassionate.  He has always volunteered to
help anyone in need even during difficult times.  During my childhood, I spent
several summers at his house and noticed how much he cared about his friends and
neighbors without ever asking for anything in return.  During meals, he always
inspired me to become a better person and I have always admired his kindness and
attention to helping others.  He is a selfless person who enjoys sharing his
possessions with others.  In the past when I'd visit him, I can recall complementing
some item in his house, after which he would insist on giving it to me as a gift.  "I see
that you enjoy it more than I do, I want you to have it," he'd say.   On several
occasions, he drove over an hour each way to pick up my mother from the airport
when I could not without ever expecting anything in return.

When I heard about Hamid's conviction on the charges of lying and cheating his
clients, I was shocked and felt that this purported act was out of character for
him.  Hamid is an honest man with great integrity.


Hamid's conviction and imprisonment will have a devastating impact on all of us
who have known him as a person of high morals and character.  It will have a
negative impact on his family, friends and on everyone who has had the good
fortune to have his positive presence affect their lives.

Sincerely,

R. Hell

Reza Goharderakhshan, MD

# EXHIBIT 38

**EXHIBIT 38**

August 5, 2011

TO: Hon. Percy Anderson
United States District Court Judge
Courtroom 15
312 N. Spring Street
Los Angeles, CA 90012

RE: Hamid Tabatabai

My name is Salmeh Moghimi and I am currently a student at Jonh F. Kennedy
University in Cambell, California.  I am working towards obtaining my second Master's
degree in the field of Psychology as a Marriage, Family Therapist in the state of
California. I have lived in Atherton, CA for over thirty years and have known Hamid
Tabatabai from the day I was born. He is one of my family members that I have come to
love and confide in like a father. He is not only a devoted family man, loving husband
and friend but also an extremely hardworking, generous, kind and trustworthy man.

I have always looked up to Hamid and his wife as role models to how I want my life and
achievements to be like. I have seen Hamid dedicate his life in providing the best
possible life for his wife and children. He has not only provided a loving home for them
but also security on levels for his family. I have such fond memories of Hamid when I
was a child from him playing with me to helping me adjust to my life in Los Angeles
when it was my first time away from home and starting college. He once drove several
hours with his family to come spend my birthday with me and several hours back home
on the same day. He knew how important it was for me to have him and his family be
present that day. He is that generous. He has helped me believe in my achievements as
I have confided him during times we have spent together. He has brought joy into my
life as he is always present during holidays we spend together as a family bringing
laughter and warmth to our circle of friends and family. He has taken such good care of
his aging mother, and father in law when they were sick and dying as well as his sister
and brother who both had cancer. He has been a true example of what one man can do
and be under trying times to times of celebration. He is truly a human being with heart.

When I heard Hamid's conviction I was deeply saddened because I know in my heart
the kind of person he is. I was appalled and very disheartened to think he is being
convicted of a crime that does not represent who he is or how he chooses to live his life.
I know Hamid would never jeopardize his family and all of his hard work for the things
he is being accused of. He is an honest person with morals and integrity. In all these
years I have known Hamid, this is what I have seen. He has walked his talk and created
a life that is highly respectful and meaningful. He is reliable and someone you can
depend on. I know that if there is anything that I would need, Hamid would be there for
me.

I cannot even conceive of this person of high integrity and values be convicted. I am proud to be an Iranian American because this country is rooted in the grounds of justice. If Hamid Tabatabai becomes convicted and imprisoned,  it will damage and destroy his family. I will never be able to look at the justice system the same. I will be truly devastated and heartbroken.


Yours Sincerely,

Salmeh Moghimi

# EXHIBIT 39

**EXHIBIT 39**

July 29th, 2011


To:
Hon. Percy Anderson
United States District Court Judge
Courtroom 15
312 N. Spring Street
Los Angeles, CA 90012


In regards to character of Mr. Hamid Tabatabai


Your honour,

My name is Karin Sanati, I am a systems engineer and have worked in the Los Angeles area for the last 17 years. I am related to Hamid Tabatabai through my mother and have gotten to personally know him and his family for the last 28 years. I have on numerous occasions sought his advice on various matters and he has always truthfully, helpfully and honestly been there for me and my family during the hardest times of our lives.

I know him to be an honest professional, trustworthy, considerate, caring and compassionate man of highest integrity and a committed, loyal and devoted husband and father. I have seen nothing but dedication, kindness, honesty, concern and respect towards everyone, whether family, friend, acquaintance or a stranger. He is an amazing brother, cousin and friend.

With all the issues going on in his life, in our moments of need, he has always been there giving us hope and strength to help deal with our issues. During her sister's battle with cancer he was always the one she could count on. Hamid is the brother she trusted with the financial well being of her child because she knew his character. After my mother's diagnosis with the same deadly disease that took his beautiful sister, Hamid is the one that has always been there for us. He is the one person in my family that I trust will be there when we need him and this opinion is shared amongst all his friends and family members that I know.

Of all the people around us, including the many faces famous and else that we see on the media, Hamid would be the last person I or anyone that truly knows him, can even believe is being accused of what he is being accused for. We feel this way, because we have known him for so many years, because of his character, because of his honesty and because of what he stands for and believes in. He has created a home for himself and his family based on love, has contributed to the community he lives in and has enhanced

the lives of many around him.  We used to joke with him every time we asked a tax related question; that he should be an auditor for the revenue service because of his answers. For us, who know him, his innocence and good intentions are clear.

I thank you for your time and consideration.

Best regards,

Karin Sanati

# EXHIBIT 40

**EXHIBIT 40**



Honorable Percy Anderson
United States District Court Judge
Courtroom 15
312 N. Spring Street
Los Angeles, CA 90012

Sir:

I appreciate this opportunity to testify on the character of Mr. Hamid Tabatabai. My name is Phil Boots. I am a business owner in Indiana and presently serve as an Indiana State Senator. I have known Hamid since 1975 when he married my wife's sister. Even though we live several miles apart, I have had the opportunity to interact with Hamid on many visits to his home and other locations. Over these many years I have found Hamid to be extremely honest and forthcoming in our relationship. Hamid has always demonstrated a high moral character. He has always been very accommodating and generous in opening up his home to me and my family. I personally believe that a very revealing indicator of a person's character can be found in how he treats his family and the character traits he cultivates in his children. Hamid treats his family, and others, with great respect and his two children have grown to adulthood and are, or soon will be, medical doctors. You will find that they demonstrate the same high moral character as Hamid and that he has taught them to treat others with great respect as well. These facts cause me to find it extremely difficult to believe that Hamid would ever violate any state or federal laws or defraud anyone of what is rightfully theirs. My experiences with Hamid show that he is very cognizant of the rights of others and will go the extra mile to defend those rights.

It would be a tragic event if Hamid is removed from his family for any reason as family is the most important part of his life. Hamid has always recognized his obligation to provide for the well being of his family so, given his great work ethic, it would be cruel punishment if he is deprived of that ability through removal from the community. Hamid has done exactly what we ask any good member of our communities to do. He has gone to work, provided for and raised a productive and responsible family and not asked for anything in return other than to be allowed to be free to do so.

Thank you again for this opportunity. If I may provide any further information, please contact me.

Sincerely,

Phil Boots
President

# EXHIBIT 41

**EXHIBIT 41**

Marina Rose Tod
8 Grey Street, Greyton
Overberg 7233, South Africa

Tel: 0027 82 564 3092
email: MarinaTod@webafrica.org.za

3 August 2011

Hon. Percy Anderson
United States District Court Judge
Courtroom 15
312 N. Spring Street
Los Angeles, CA 90012

Dear Sir,

Re:   Hamid Tabatabai

I am a businesswoman living in South Africa.

Hamid was my brother-in-law for very many years (approximately eighteen) starting when I was twenty years old (I am now sixty-three) and then married to his elder brother.

I have always known Hamid to be a very modest, kind and compassionate man, of considerable intelligence and courage. For instance, after the Iranian revolution, Hamid craved freedom for himself and his family, and planned to escape from Mullah held Iran.

To this end, he organised a guide to lead himself, his wife, their infant child and his father-in-law who was over sixty years of age, through the mountains, in the dead of winter, into the safety of Turkey. They travelled during the night on a mountain path, in biting cold, knee deep in snow, with no map, food or provisions for such a perilous journey, but somehow they made it. He took his small family to America and to freedom, in spite of getting there penniless, due to the fact that the funds he remitted from his homeland never actually left Iran. However, once in America, he used his professional skills to build a successful life, educating his children to high standards, and making a modest, but successful life, based around his family and his community.

I have never known Hamid to engage in any dishonest activity. Indeed,

/2.

2.

that would be against his very nature.  Also, he has no reason to do so, as he is not the type of person to run up debts or live wildly beyond his means.    His considerable skills and abilities have, in my opinion, always been used with utmost honestly to provide for his family, as I think many others will readily attest, together with the fact that Hamid has never avoided working hard.    He is not an ambitious person, seeking short cuts to riches.   That approach would be quite alien to him.

Accordingly, I was shocked to learn of the charges against him, and dismayed at the verdict.   More appalling, however, was the claim that he was not allowed to present evidence vital to his defence during the trail.  I cannot understand why this should be so, and why the Court appeared to be so prejudiced against him.

As said, Hamid is a modest man, of relatively modest means.   Defending himself in this matter is costing him all that he has worked and saved for during his lifetime, which is tragic, but the underlying injustice in this, it would seem, is far worse than the loss of a decent retirement and a measure of security in his advancing years, or even the threat of a jail sentence.   It is, that justice was not seen to have been done.     Indeed to all appearances, justice was blatantly denied to Hamid Tabatabai, who is a very decent human being, and as such surely deserved the chance to present his case with all the relevant evidence he has at his disposal, so that he might clear his good name.

Sincerely

Marina Rose Tod

# EXHIBIT 42

**EXHIBIT 42**

August 3, 2011

Hon. Percy Anderson
United States District Court Judge
Courtroom 15
312 North Spring St.
Los Angeles, CA 90012


RE: Hamid Tabatabai


Dear Honorable Judge Percy Anderson,

My name is Farzin Tabatabai. I am Hamid's oldest brother. I am, like Hamid, an accountant and studied in England at the University of London and later became a member of the Institute of Chartered Accountants in England and Wales. I immigrated to the United States in 1979 and became a member of New York State's Society of Certified Public Accountants in 1982. I am currently the President and owner of Santa Fe Spices, Inc. an Importer and wholesale distributor of spices to the Food Industry in the United States. As his older brother, naturally I grew up with him and were very close and as a result I probably know him and about him more than anybody else. When I was in England and studying, Hamid joined me several years after finishing his high school in Iran and for many years we were sharing apartments. Ever since his childhood Hamid has been a hardworking, gentle, kind person with a lot of care for his family and friends. Hamid continued showing his strong positive work ethics and a belief in performing all his duties with utmost integrity as he continued his studies and during all of his professional life. To me he has been a supreme model of an honest professional dedicated to performing his work to the best of his ability and one of the greatest husbands and fathers I have known.

Hamid is and has always been an honest hardworking man. Because of his incredible honesty it would be impossible for me to think that he would try and cheat anyone.

Having so much belief and trust in his integrity, it was a total shock to me that he was being accused of knowingly having committed any wrong doing. What he was being accused of was totally out of character with Hamid's beliefs. Then after going through the trial ordeal with him. I was even more astonished and disappointed at the outcome.

I am writing this letter to plead compassion in his sentencing based on my deep knowledge of my brother's character and his convictions. An imprisonment or deportation will be extremely hard on his wife, devastating for his son and daughter who are serving as medical professionals and a tragic loss to me, my family and the society that he has been serving with honesty and total commitment for the past 29 years.


Sincerely,


Farzin Tabatabai

# EXHIBIT 43

**EXHIBIT 43**



**BOOTS BROS.**
ESTABLISHED 1950

Honorable Percy Anderson
United States District Court Judge
Courtroom 15
312 N. Spring Street
Los Angeles, CA 90012

Sir;

My name is Farzaneh Boots, and I'm a partner in a business operating convenience stores in Indiana. I have known Hamid Tabatabai since he was 10 years old. We were neighbors for many years. We practically grew up together. Hamid was always very well behaved as a child, and several years latter he married my sister, so I could say that I know Hamid very well. He has always been very kind, and helpful to me, and my family. Any time that I would visit my sister Hamid would go out of his way to make my stay very pleasant. He did the same for my entire family. I also witnessed what a hard working individual he is. He worked very long hours to provide for his family. You certainly learn a lot about a person's character when you spend time with them at their own homes, that's how I learned how honest he is. If any member of family or any friend needed help Hamid would be the one to call on, our society needs more people like him.

I can't believe that Hamid would do anything illegal or wrong to jeopardize his job or family! He is a family man, very devoted to his wife, and children. He and his wife have raised 2 children that we are all very proud of. His family depends on him, and they need him to be there for them. It would destroy his family if he is removed from them.

Sincerely,

*Farzaneh Boots*

Farzaneh Boots

# EXHIBIT 44

**EXHIBIT 44**

**Ramineh, Fani & Nowakhtar, LLP**
Certified Public Accountants
Business Consultants
5757 Wilshire Blvd., Ste. 937, Los Angeles, CA 90036
Tel: (323) 937-5757  Fax: (323) 937-5754
**R F N**  Website: www.rfn-cpa.com

Bijan Ramineh, CPA
Hamid Fani, CPA
Shawn Nowakhtar, CPA

Members:
American Institute of Certified Public Accountants

July 27, 2011

The Honorable Percy Anderson
United States District Court Judge
Courtroom 15
312 N Spring Street
Los Angeles, CA 9001

### RE: Mr. Hamid Tabatabaee

Your Honor:

My name is Bijan Ramineh and I'm writing this character reference letter for Mr. Hamid Tabatabaee that you are about to sentence him on his conviction. I have lived in Los Angeles ever since 1983 and currently reside at 6241 Crescent Park West, Unit 309, Los Angeles, CA 90094. I'm a California Certified Public Accountant with certificate number 26151 and members of the American Institute of Certified Public Accountants and California Society of Certified Public Accountants. I'm the founder and managing partner of Ramineh, Fani and Nowakhtar, LLP, Certified Public Accountants with office located as shown on this letterhead.

I came to know Mr. Hamid Tabatabaee in my capacity as outside CPA of Namco Capital Group Inc. (NCG) and Namco Financial Exchange Inc. (NFE) well over the past twenty years. Throughout this period Mr. Hamid Tabatabaee served as controller of both corporations and closely collaborated with me as the point person on behalf of NCG and NFE for the preparation of Federal and state annual income tax returns and as a tax consultant. As such I have known Mr. Hamid Tabatabaee both professionally and as a friend which puts me in a unique position to express my views on his character.

Your honor I can categorically claim that he is one of the select few individuals that is the most honest, truthful and decent a person that one would have the privilege to know him. As controller of the aforementioned corporations, he had always been most truthful and honest with the financial information and relevant data provided to me for the preparation of the annual corporate and partnership income tax returns and not once has he mislead me. Moreover, he has always accepted my interpretation of the laws as applied to the tax rules for the preparation of the income tax returns even when they were unfavorable and detrimental to the entities concerned. And as a result, The Internal Revenue Service has issued two no change reports the last of which was for the year 1998 upon completion of their audit examinations of NCG.

Honorable Percy Anderson
Page 2

It is in this spirit that it is most difficult for me to believe Mr. Hamid Tabatabaee's conviction on charges of conspiracy of cheating and lying to the clients of NFE as this is completely out of his character. I feel obligated to inform the court that I have never been questioned by any government authorities, the prosecuting attorneys and the Trustee of the NCG bankruptcy as it relates to the conduct of Mr. Hamid Tabatabaee in his capacity as controller of aforementioned corporations. This is unprecedented for a case of this magnitude and I can only conclude that there was nothing there to be discovered.

Your honor I cannot bear to witness this man of highest moral character and of ethical integrity to be imprisoned. He is a devoted husband, father and most decent individual that one can ask for as a friend. The society at large and the community he serves in particular will suffer if he is put behind the bars. It is now only you that can divert this tragedy and I beg of you compassion to this most decent individual.

Respectfully yours,

Bijan Ramineh, CPA

# EXHIBIT 45

**EXHIBIT 45**

June 20, 2011

**Hon. Percy Anderson**
United States District Court Judge
Courtroom 15
312 N. Spring Street
Los Angeles, CA 90012

Your Honor:

I have known Hamid Tabatabai for the last 6 years. Hamid's office was a close walk away from my cubicle for the time we worked on the same floor. While we worked for different companies, he was in effect my next door neighbor from 8AM to 7PM five days a week, and I knew him well. I worked for Namco Insurance and he was at Namco Capital.

During the time I have known Hamid, there have been a number of characteristics that I have repeatedly witnessed in him. One was his honesty, for I have not once in many years heard him lie. Always truthful, always trustworthy and always forthright, he was always the go-to-person to get the honest answer on any matter. Second was his kindness and his eagerness to help. While his workload was always heavy, he was also on a daily basis besieged by a number of visitors – mostly older Iranians – who visited him to chat about every thing from politics to local gossip, and he always lent a listening ear. He would seat them in his office, get them some tea and listen to them while he himself worked. Third is his love for his family. He dutifully and untiringly worked almost nonstop to provide a comfortable life for his family, allowing his children to attend medical schools.

Hamid - as I can best describe – was caught in a whirlwind of events and within a chaos of errors that has implicated him in actions that he never profited from and would never be a party to. Hamid is the furthest thing I can think of when it comes to misdeeds and mischief. He, to this date, remains for me the epitome of why true loyalty can be damaging. And if I were running a business or needed an honest financial expert, I would pay whatever he demanded so he could work for me.

I have never written this type of character letter before and hope I never will again, but Hamid, you honor, if I may be so bold to say, deserves a world of leniency.

Kindest regards,

Bamin Tabib
1818 Colby Avenue #204
Los Angeles CA 90025

# EXHIBIT 46

**EXHIBIT 46**

August 17, 2011

**Hon. Percy Anderson**
United States District Court Judge
Courtroom 15
312 N. Spring Street
Los Angeles, CA 90012

## Re: Hamid Tabatabai

Dear Honorable Judge Anderson,

My name is Vivianne Nalangan and I work for Pentaco Management Inc. I have known Mr. Hamid Tabatabai for 10 years. I have met him when I applied for a bookkeeping position in Pentaco 10 years ago. Pentaco and Namco occupied the same floor in our former offices in San Vicente back then. From 2001-2009, I encounter Hamid almost every day in a professional and friendly manner. My first impression of him was a dedicated, loyal, honest and an intelligent person. He exudes a sense of purity and transparency that when you are in his presence, you will feel that you are dealing with an honest to goodness true person. No pretense, No gimmicks...a truly kind and sincere person that is hard to find these days. I can say this is the same impression that my co-workers have for Hamid. We all have the same respect and admiration for him.

Hamid was my mentor. He became sort of a father figure to me in our extended office. Both professionally and personally. When I prepare reports and perform inter-company reconciliations, I always come to him for guidance on the areas that are new to me. He is always there to lend a helping hand. He patiently explains the transactions and shows me how do it. He explains the cause and effect and how the bigger picture looks like. He doesn't spoon feed, he doesn't dominate, he teaches from ground up. And he strongly instilled the accounting principles in me. To book every transactions correctly, to gather supporting documents, to reconcile transactions and most importantly to produce accurate and reliable financial reports that adheres to *Generally Accepted Accounting Principles* and compliant to any government and tax regulations.

I was present in one of his hearings. As I watch Hamid from the bench, I cannot help but be very emotional. I cannot think of anything else but him and his family at that moment. I prayed to God that he will be vindicated and he will come out clean. It was my hope...every day I prayed, every day I hoped. When I heard about the verdict, I got weak on my knees and I felt sick. I was shaking and crying out loud. I didn't care how the people around see me. I looked crazy. I cried and cried and cried. It was crazy! I wish it was just a dream. A very bad dream that I will not remember. Unfortunately it lingered. It was very painful. It took me enough courage to write this letter. I told myself, he would have enough letters. Mine is not important. Soon I realized, this is

the only tangible thing that I can do for him. This is the only hard proof of support that I can offer him aside from my prayers.

I am a simple person. I am a God fearing, family oriented and a really down to earth person. I never wanted fancy things in life. My basic happiness is my family. My husband and my two kids. What I have learned from Hamid's experience is to value the most important things in your life. Your family, your friends and your faith. Everything else will fade but these are the only things that will stay. I have also learned to be more careful and watchful with any irregularities in my work. Everything has to check out with the proper accounting guidelines.

I feel that Hamid represents me. He represents the working class - a common person. He is someone that you can easily relate to. He is not rich, he is not fancy, he doesn't have a big house nor a luxury car. At the end of the day, all he wants is to provide a good future for his kids. He never accumulated monetary wealth. Hamid never intended to defraud or cheated anyone. He had clean intentions. He did not get any personal gain from any of Namco's business transactions, he was not a partner, he was not an investor, he doesn't have any stake aside from being an employee and earning his usual wage. He might have failed to exercise prudence in some occasions but the consequences are too severe. Locking him up in jail would not serve him justice. I believe he was a victim too.

The effect to me and to the people that have worked with Hamid is fear, uncertainty, betrayal. It is hard to fathom that by being loyal, hardworking and honest, this is what you could end up with? People are getting mixed signs. If you do good, you get punished. If you do bad, you get punished as well. Where do we stand?

I am a mother. I have small kids. I wish to raise them well like Hamid raised his kids. I wish them to finish college and get a productive job. I wish them to have a better life than I do. I wish them to be better citizens and contribute for the betterment of our society like Hamid's kids. This is the reason why I shall not lose hope despite all the problems going on in our world. I have lot of great reasons to be positive. Hamid and his family showed me that. I still hold on to the last string of hope for Hamid. I still believe that he will be vindicated. Please honorable judge, look at Hamid. Look at his case...Take a second look.

I wish. I hope. I believe.

Sincerely,

Vivianne F. Nalangan

# EXHIBIT 47

**EXHIBIT 47**

# MADELLYNN P. AGONCILLO
**12121 Wilshire Blvd. # 603, Los Angeles, CA 90025**
**Tel.  (310) 873-9543**
**E-mail: madelyn@emaxloan.com**

June 20, 2011

**The Honorable Percy Anderson**
**United States District Judge**
Courtroom 15
312 N. Spring Street
Los Angeles, CA 90017

**Re:  Hamid Tabatabai**

Dear Honorable Judge Anderson:

I am currently employed as a mortgage underwriter in a company owned by the brother of Ezri Namvar, which shared the same office where Hamid Tabatabai was employed with.  I have known Hamid Tabatabi for the past 20 years. Although Hamid is not my supervisor nor were we with the same company, I worked and interacted with him most of the time, being at the same office premises.  He has been my "teacher" and the person I can go to whenever I need help or assistance with my work especially when it relates to loan process and accounting.  He is my mentor.  His being my mentor not only confines to work-related matter but extends to personal level as I know he is one person you can always confide with and seek advise.

I have so much respect for Hamid.  He is the most honest and super straight person I have dealt with.  He works very hard and is so dedicated to his job. He will extend late hours in the evening if Ezri Namvar or the task they needed to accomplish asked for his presence.  Even when he is amidst a very busy work situation, and you approach him for help, he will spare his time to accommodate you.  Never will you hear any complaint from him.

Anyone in the office can vouch how honest and truthful a person Hamid is. Employees and associates who had left the company will certify to that as well.  Never in our thoughts that Hamid will get into this situation as all he had done is to dedicate 100% to his job and do his best to accomplish what his job calls for. He did not do anything wrong.

Page 115

I feel so deeply sorry for Hamid and his family. He does not deserve to be locked-up and spend the rest of his life within the four walls of a building. He had worked so hard to bring up his children and give them the proper education. He needs to be out with his family to see the fruits of his hard work and sacrifices, and that is being part of his children's accomplishments. He shouldn't be punished for being a dedicated, hardworking and honest employee.

Thank you Honorable Judge Anderson for finding time to read this letter.

Sincerely,

Madellynn P. Agoncillo

# EXHIBIT 48

**EXHIBIT 48**

July 22, 2011

TO: Hon. Percy Anderson
United States District Court Judge
Courtroom 15
312 N. Spring Street
Los Angeles, CA 90012

RE: Hamid Tabatabai

Your honor,

My name is Marica Insigne De Jong and I was formerly employed as an accountant in
Equimax Mortgage and loan from 1998-2000. In this capacity, I formally reported to
Hamid, as he was the Controller for the Namco Capital group.
From the moment I started working with Hamid, I found him to be not only a great
supervisor to work with, but also a warm and caring human being who became a friend.

As I've worked in many different companies and organizations on three continents in the
last two decades, I can honestly say that Hamid has been one of the few persons that I've
not only stayed in touch with, but who became a personal friend. Hamid has assisted and
guided me throughout my professional career with solid advice, which helped me to grow
my career quickly and advance to a controller position in the EMEA Headquarters of
BMC software. Never once has Hamid asked for anything in return for his advice and
guidance. I truly value his friendship and his help throughout my career has been
indispensible.

When I heard about his conviction, I reached out to Hamid to show my support for him,
as I was truly devastated by the news. After all the years I have known Hamid and after I
have worked closely together with him, I am convinced that his character, personal
beliefs and value system would all stand in the way of doing what he is accused of. I
never came across any time Hamid not telling me the truth or being dishonest to me.

I would personally be truly devastated if Hamid would be convicted of this crime and had
to spend any time in prison. It would be extremely hard to understand that one of the few
people that I trust completely would be imprisoned and his life destroyed.

Whatever the outcome of this trial, Hamid will always remain my close friend, because of
everything he has done for me throughout the years. He has earned and deserves my
support, especially in this difficult time.

Sincerely,

Marica Insigne De Jong

Page 118

# EXHIBIT 49

**EXHIBIT 49**

LAW OFFICES OF

# DAVID N. NOROUZI

10866 WILSHIRE BOULEVARD

SUITE 400

## LOS ANGELES, CA 90024

TELEPHONE: (310) 208-1840

TELECOPIER: (310) 208-1850

E-Mail: david@norouzi.us

July 18, 2011

The Honorable Percy Anderson
United States District Judge
312 N. Spring Street
Los Angeles, CA 90017

**Re: Hamid Taba**

Dear Honorable Judge Anderson:

By way of introduction, I have been licensed as a California attorney and a real estate broker for the past 21 years.

For the past 15 years I, on behalf of clients, have negotiated a number of transactions with Hamid Taba, as the representative of his former employer Namco Capital Group, Inc. ("Namco"). In these transactions, I have had the opportunity to become more acquainted with Hamid and his personal character.

During my negotiations with Hamid I always found him to be extremely trustworthy, honorable, moral and forthright. Hamid was consistently honest and made full disclosures regarding all of the transactions I negotiated against him. For example, if there was a negative or adverse issue with a collateral he would always disclose it to me. Additionally, if something was inadvertently incomplete or erroneous after execution of the documentation, Hamid would always be willing to rectify the error, consistent with our understanding or conversations, even if the correction resulted in an economic loss to his employer (Namco).

Simply stated, Hamid's honesty and integrity is unique and exemplary. In light of the foregoing, I respectfully request that you take Hamid's character and his potential to be a positive member of society into consideration in sentencing him.

Respectfully Submitted,
Law offices of David N. Norouzi

David Norouzi

# EXHIBIT 50

**EXHIBIT 50**

July 1, 2011

Hon. Percy Anderson
Unites States District Court Judge
Courtroom 15
312 N. Spring Street
Los Angeles, CA 90012

I am writing this character letter on behalf of Mr. Hamid Tabatabai. I am currently a licensed real estate broker, investment advisor and consultant. I came to know Hamid over 8 years ago when I first came on board to work as a real estate transactional person to the 14th floor where various Namco companies and affiliates used to have their main office. Over the years, I got to know Hamid as an honest professional and at the same time as a true friend. Hamid and I got to work on a number of multi-million Dollar real estate transactions where Hamid was in charge of providing funds for the deal, accounting for capital calls, distributions, interest calculations and reviewing closing statements. In my professional relationship with Hamid over the years, I never, ever saw anything but an honest and professional controller and great human being on every deal and every day that we were working together. It is hard for me, as I write this letter, to believe that Hamid stands convicted of lying or cheating any investor or depositor because he has such strength of character and is an incredible honest man. I vividly recall during the uncertain time prior to Namco Capital Group's bankruptcy or even after involuntary BK filing, I will be sitting in Hamid's office dealing with various real estate transactions and Hamid receiving and going out of his way to help and accommodate or even provide moral support to an unexpected depositor running into his office. On the personal level, Hamid is a kind, caring and charitable human being as I saw him in numerous occasions asking for donations for orphan children and cancer society. It is my strong belief that Hamid's imprisonment would be such a tragedy no only to Hamid and his family, but also to the general public because you will be taking out an honest, humble, caring and good citizen that can continue to help and do good deeds out of bottom of his heart to the society.

Sincerely,

Fara Raban

12121 Wilshire Blvd.,
Suite 555
Los Angeles, CA 90025
Tel # 310-873-9568
Fax # 310-873-9573
E-mail: Fara.Raban@sbcglobal.net

Page 122

# EXHIBIT 51

**EXHIBIT 51**



PENTACO MANAGEMENT, INC.
12121 Wilshire Blvd. Suite 602, Los Angeles, California 90025
Tel.: (310) 550-5555  Fax : (310) 207-6308

July 7, 2011

Hon. Percy Anderson
United States District Court Judge
Courtoom 15
312 N. Spring Street
Los Angeles, CA 90012

RE:    Hamid Tabatabai

My name is Tony Namvar and I'm a good friend of Hamid whom I've known for over 22 years professionally as an office colleague and personally as a friend.

I was first introduced to him by his brother, Farzin, who I met a few years prior to meeting Hamid.  My first impression of Hamid is a memorable one because I was surprised by his genuine nature. A person does not always meet someone so real and Hamid is not in the least bit pretentious, but humble and decent person.  As years have passed, I have come to care about Hamid and his family and see the goodness they embody.

As long as I've known him, Hamid has always been a family man, someone who takes pride in his wife, son and daughter, as well as his family unit.  He doesn't take them for granted and would do anything and everything to keep them safe.  He would not do anything foolish or dangerous to leave them vulnerable and unprotected.  He's a man of decency and fairness.  He is someone who's not a malicious, conniving or scheming man, but a happy and service-oriented man.  If Hamid was a greedy person that wanted to make money by doing wrong things, he would have not moved out of area of his work. He instead suffered the everyday commute to work, just to give his wife and kids a better place to live both for education and social benefits since he could not afford the cost of living in the west side.

It pained me with sadness when I found out about the conviction.  I was not only disappointed, but shocked with sorrow for Hamid and his family.  Since the conviction, there is not a day that goes by that I do not think of him and his poor wife and kids.  The devastation they must be going through day in and day out is not something I can even imagine.  I still can't accept that what they are going through is real...It's like a bad nightmare – it is surreal and getting more frightening as the day of sentencing approaches.

While I'm going through personal matters myself, I am witnessing the deterioration of a dear friend to whom my heart goes out.  Hamid has always been a friend I can rely on in time of trouble or need.

Ever since I have known Hamid there hasn't been even one time that he has committed to something without finishing it and following up. He is one of the most honest guys I

Page 124

have known as a friend and colleague. He has always been there to give a helping hand to friends and colleagues the same no matter how challenging the task is even if it had or has nothing do with him or his job duties. He is just that type of guy – there are no hidden agendas about him. He's a "what you see, what you get" kind of guy.

I believe in the saying that an apple does not fall far from the tree. Hamid's parents were one of the most respected people in our community and that has a lot to do with who Hamid is. He is not only an educated man; he is a loyal friend, a trusted employee, a brother, a husband and father to say the least.

Just the fact that Hamid continues to stand by what he believes to be the truth, should show who he is and what he is all about. He could have easily taken the short cut to save himself (I am sure) but he has decided to be truthful and it has gotten him to a place that frankly all the people that know him are shocked beyond belief.

If Hamid is imprisoned it would hit his family and friends drastically to say the least. He's not a man who you forget, but remember because of his good deeds, his good nature, his good heart, his good intentions and care.

I personally believe that no one blames Hamid for what has happened to the exchange people, but he is simply a guy who has been in a wrong place at a wrong time sort of a thing. Also if he stays out he has a chance to serve this community a lot more. His imprisonment will be forgotten by most, but the pain and suffering that he and his family have to endure will be a life time. He truly does not deserve what has happened to him.

I respectfully request that you consider your own personal judgment on his character as I am sure you can see the kindness this man has and there is no way anything that has happened here has been intentional and he is just a victim of circumstances.

I thank you and can be reached at 310-550-5555 x 505 should you need to ask any questions or have any comments.

Sincerely,

Tony Namvar

# EXHIBIT 52

**EXHIBIT 52**



1919 S. LA CIENEGA BLVD.,
LOS ANGELES CA 90034
TEL: 310.559.2274
FAX: 310.839.5626
INFO@CARCASHAUTO.COM

W W W . C A R C A S H A U T O . C O M

July 25, 2011


Hon. Percy Anderson
United States District Court Judge
Courtroom 15
312 North Spring Street
Los Angeles, CA 90012


RE: Hamid Tabatabai


I am writing to express my knowledge of the good character of Hamid Tabatabai.  I am
a securities lawyer and presently own a finance company where we make loans
secured by automobiles.  I have known Mr. Tabatabai for about 18 months, since I hired
him to work for my company, Palisades Capital. Mr. Tabatabai has been a fantastic
employee, and he has an excellent work ethic.  Mr. Tabatabai is extremely honest and
trustworthy.  I have substantially increased my business since Mr. Tabatabai became an
employee and was able to design controls and financial policies that now make us much
more efficient and less susceptible to waste.  We love Mr. Tabatabai, and we hope he
will continue to work for us for a very long time.  Mr. Tabatabai is exceptionally honest.
He has had access to cash payments received by customers, as well as access to our
bank account information, and he has never abused these privileges.  Mr. Tabatabai
has accurately accounted for all customer receipts, and we've never had any complaints
of any nature about misplaced payments.  I trust Mr. Tabatabai completely.  I do not
believe that Mr. Tabatabai would ever have intentionally deceived anyone.

Mr. Tabatabai is so careful to be always completely in compliance with all rules, regulations and company policies; I do not believe that Mr. Tabatabai would ever fail to comply with any law, and he would never lie, cheat or steal from anyone.  I have come to know his character through extensive contact with him as his employer.     Thank you for the opportunity to be heard.

Reid Breitman,President,

Palisades Capital, LLC

# EXHIBIT 53

**EXHIBIT 53**

July 26, 2011


Hon. Percy Anderson
United States District Court Judge
Courtroom 15
312 North Spring Street
Los Angeles, CA 90012


Re: Mr. Hamid Tabatabai


Honourable Percy Anderson,

I am writing on behalf of my close family friend, Mr. Hamid Tabatabai, whom I have
known for over forty years. I am the Administrative Director of the Adult Neurotrauma
Program and the Clinical Coordinator of the Traumatic Brain Injury Program of the
McGill University Health Centre in Montreal, Quebec, Canada. With degrees and clinical
experience in psychology, it is said that I have strong skills in judging the character of
people.

I have known Hamid Tabatabai since my adolescence; he is the husband of my closest
friend. To me, he is one of the most trustworthy, honest and hard-working people I have
ever known. He is an exemplary husband and father, who has raised two children to be
physicians by modelling strong human, educational,social and moral values. When my
only son was fifteen years old, my husband and I decided that for his first solo long-
distance trip out of Canada he would visit with Hamid and family; this was the level of
confidence that we have always had in the extraordinary sense of responsibility and care
Hamid shows his family and friends.

Hamid has been, and continues to be, a significant care provider for his family in
California. He and his family took in and provided end-of-life care for Hamid's sister and
father-in law; Hamid cared for his mother in her own apartment at the end of her life and
now Hamid's brothers are facing a life-threatening illness and rely on Hamid's care and
support. I will mention that Hamid has provided this care throughout the turmoil at work
without complaint or frustration and with a positive attitude. To me, the depth of his
compassion is an inspiration, and his absence from his family and friends would have a
devastating impact upon those who love him.

2

From our conversations and visits over the years I have known Hamid to be a mentor to those starting out in his area of business expertise; he has always taken pride in helping others to maximize their potential. I have known Hamid to be a respected member of our cultural community; people look up to him and seek his advice. For these reasons it is hard for me to believe that Hamid Tabatabai stands accused of defrauding anyone for any reason because he has such strength of character, integrity and honesty in his approach to life.

I respectfully request consideration of my friend as a human being whose thoughts and actions have had a profound positive impact on me, my son and our extended family. I humbly invoke compassion for a man who has modelled such sincerity and altruism in every aspect of his life.

Sincerely,

Mitra Feyz
104 Jasper
Beaconsfield, Quebec
Canada    H9W-5R9
Tel: 514-6954496

# EXHIBIT 54

**EXHIBIT 54**

July 14, 2011
RE: Hamid Tabatabai
Hon. Percy Anderson
United States District Court Judge
Courtroom 15
312 N. Spring Street
Los Angeles, CA 90012

I am the CNN representative in Tehran, Iran. I have known Mr. Hamid Tabatabai for well over forty years. I came to know Hamid through his brother, Farzin, who is a close friend. We were all students in the early 1960s in the United Kingdom.

I have always considered Hamid to be a good and reliable friend, one that I could count on in hard times. I was absolutely shocked and surprised when I heard that Hamid was convicted of defrauding or cheating. One of Hamid's characteristics that strengthened our friendship was his honesty and trustworthiness. I felt, as I still do, that I could trust him with my life.

Hamid's conviction comes as a genuine surprise, not only to his family, but also to his friends and others who know him. If he is sentenced to serve time in prison, or be deported, it would be devastating for his family and friends and indeed for everyone who has known him. Imprisoning or deporting Hamid would deprive his family and friends of a man who has been a model father and husband, a great friend and a man who has always supported and helped his friends and even strangers.

I plead with you to consider Hamid's proven excellent character, his selfless contributions to the welfare of his circle of friends and relatives, as well as to the community at large in the past decades.

Sincerely,

S. Bozorgmehr

Shirzad Bozorgmehr
CNN, Tehran, Iran
E-mail: Shirzad0@gmail.com
Tel/Fax: 001 9821 2222 0 640

Page 133

# EXHIBIT 55

**EXHIBIT 55**

9/08/2011

TO:  Hon. Percy Anderson
United States District Court Judge
Courtoom 15
312 N. Spring Street
Los Angeles, CA 90012

RE: Hamid Tabatabai

My name is Soussan Raadi-Azarakhchi. I have been living in Switzerland for the last 32
years. I worked for 28 years in the United Nations Office at Geneva, where the last position I
held before retirement in 2009 was Director, Special Procedures Division, Office of the High
Commissioner for Human Rights. I met Hamid together with his wife about forty years ago,
through a very close common friend. He immediately struck me as an extremely nice, gentle
and humane person.

Over the years my husband and I have had the opportunity to meet Hamid on several
occasions, particularly during the period he spent in Europe with his family. At this specific
time, when the country we came from was going through great turmoil, many of us including
Hamid and his family were faced with a lot of stress and uncertainty. In spite of the difficult
circumstances, I was impressed by the selfless devotion and care Hamid displayed towards
his family, including his father-in-law, spending no effort to spare them the anxiety and fears
linked to the changes they were going through in their lives. He was an extremely attentive
father and his two children, who were small at the time the family lived in Europe, were
raised with love, attention and vigilance.

Hamid is for his many friends including us a model of integrity and honesty, and it is
therefore impossible for me to give credit to allegations which run counter to all principles
Hamid has been following  so faithfully over the years

I would respectfully request consideration for these elements and hope that this valuable
individual, who has spent a lifetime in caring for his family and friends and has earned a
reputation for honesty and hard work can continue to be an asset for society, a model for his
friends and a provider for his family.

Sincerely,

Soussan Raadi-Azarakhchi

# EXHIBIT 56

**EXHIBIT 56**

22/08/2011

TO:  Hon. Percy Anderson
United States District Court Judge
Courtoom 15
312 N. Spring Street
Los Angeles, CA 90012

RE: Hamid Tabatabai

My name is Mohsen Sohrabi. I have lived in Geneva, Switzerland for 32 years. In 1990, I
have founded and still head a Company specialized in financial advice to large institutional
investors. I first met Hamid in 1975 through my wife who is a close friend of Hamid's wife
since primary school. We immediately became friends and used to see each other quite often.
Because of the political turmoil in our country, our family decided to leave and settle in
Switzerland in 1979. We had the pleasure to house Hamid, his wife and their two children for
several weeks on their way to the United States in 1983. Since then, my wife and I have kept
in touch regularly with Hamid and his wife and we have seen each other on several occasions
when they visited Europe.

Just before the events which caused us to leave our country, I had asked Hamid to look into
the procedures that were in place in a business our family owned back there. In carrying out
my request he proved to be an effective and very ethical professional. Over the years, I was
confirmed in my first judgment of Hamid's character and personality. He is an extremely
caring, compassionate and reliable person. What struck me is his willingness to sacrifice his
own well being for the well being of his wife, children, family and friends or acquaintances.

To me, and to all common friends and acquaintances, Hamid is a highly principled person, a
model of rectitude and decency. In the face of adversity – unfortunately, he has had several
close relatives with grave illnesses – he has always been a humane and  courageous person.
Therefore, I just cannot accept allegations of behaviour that run against all principles that
Hamid has relentlessly applied throughout his professional and private life.

I would respectfully request consideration for the above and pray that Hamid, a paragon of
altruism, after an exemplary life from a humane and moral standpoint, can continue to enjoy
life with his family and friends to whom he has given so much and for whom he will always
remain an inspiration.

Sincerely,

Mohsen Sohrabi

Page 137

# EXHIBIT 57

**EXHIBIT 57**

# Bijan Movahedi
Rue du Magistrat 9, Apt. 0A, Boite 2
Brussels 1050, Belgium

June 17, 2011

Hon. Percy Anderson
United States District Court Judge
Courtroom 15
312 N. Spring Street
Los Angeles, CA 90012

Your Honor:

My name is Bijan Movahedi and I am presently the Export & Logistics Director of an international juice manufacturing company in Belgium. I have been with this company since 2000 and previous to that I held the same title at Tropicana Europe (Belgium) as well as for Sunnyland USA (New Jersey) for 13 years.

I met Hamid Tabatabai in 1972 while studying English in England. He was finalizing his accounting studies and preparing for his CPA exams and was rooming with an old friend of mine. From our first meeting we became very close friends.

We spent most of our weekends together and I was also present at his wedding to his wife Fataneh. During all this time we found that we had the same desires for success in our respective fields as well as a need to serve our country. Therefore, as soon as our studies were completed we decided to return to Iran together.

Throughout our discussions in England and later in our weekly get-togethers in Iran, I found him to be an extremely loyal person – to his family as well as his friends. Many times he would go out his way to help me and other friends when we needed it. I also found that he had a great sense of integrity specially in his relationship with his employers.

The 1979 revolution in Iran changed everything. We both lost our jobs and remained unemployed and under a great deal of financial pressures. Hamid and I met almost every day discussing not only the politics of the day but what we had to do and the conclusion was to leave our country.

Again we discussed where we should go and we realized that the only place for us was the United States despite the fact that we were both educated in Europe and had more knowledge of that region than the States.

I left Iran in 1980 , went to Austria and arrived in the United States in 1982. Hamid, who had two children by this time, found that leaving the country was an impossibility and the government had closed all borders.

Page 139

Hamid had to pay smugglers several thousands of dollars to have them take his wife, the two children, his aging father-in-law and himself over the Zagreb Mountains to Turkey. To say the least their experience was not pleasant and at times life threatening. In fact his two children nearly died of the cold and Hamid himself was beaten by Turkish police. Undeterred they finally made it to France and from there to the United States.

Some years later we both became proud citizens of our new homeland.

Since his arrival in the United States Hamid worked 7/7 to provide for his family and get his two children the excellent education they received with both of them now medical doctors.

Again all this was a result of his sense of loyalty to family and friends. I would travel to California several times a year to meet him and his wife and they would also try and make it out to the East to stay with my family. I always had the sense of his extreme sacrifices he had made since the revolution in ensuring the well being of his family and when asked of his close friends.

Throughout his career in Iran, I only heard praise from his employers and colleague for his hard work and his honesty. His success was based upon those two virtues, In the United States his success was also due to his willingness to put in the extra hours and his loyalty to his employers.

Since I heard the news I have had a hard time believing in what happened. It is so out of character for Hamid to have done what he has been accused of doing. Even in Iran where badmouthing ones colleagues or rivals was the order of the day did I hear any negatives of him.

Your Honore, Hamid has gone though a great deal since the Iranian Revolution caused us to leave our country and at such late ages start all anew in a new land and that he was able to successfully make the transition and achieve the American dream through hard word is a testament of his fortitude and abilities.

I believe that Hamid has a great deal to offer to his community as he has done in the past. He also has a great deal to offer his neighbors and friends, as he has done in the past. I believe that Hamid's imprisonment would be a major tragedy to not only his family but also to his friends and neighbors. We would all be deprived of his inherent goodness, loyalty and drive.

Your Honor, please consider these very positive traits of Hamid's specially when many of his actions in support of his friends and neighbors were not taken for personal gain but as required by own character.

Sincerely,

Bijan Movahedi

# EXHIBIT 58

**EXHIBIT 58**

July 24, 2011

Hon Percy Anderson

United States District Court Judge

Courtroom 15

312 N. Spring Street

Los Angeles, Ca. 90012


Re: Hamid Tabatabai

I am Masoud Moradzadeh a business entrepreneur residing in city of Los Angeles. I have known and
have been closely associated with the Tabatabai family since 1956.  I am of Jewish faith and in the 55
years of association with the Tabatabai family have never been subjected to any type of discrimination
or mistreated in any manner by the members of this family.  The unparalleled integrity and honesty of
this family has always been a model to follow.  Hamid has been brought up in such a family and has
been kept to such standards. Hamid has always been a compassionate, Honest and straight forward
individual both in his social and professional life.

Hamid is an individual with impeccable integrity and honor. His professional opinions and advice are
always based on current laws and regulations. It is out of character for him to impose his opinion and/or
wishes upon others. As a professional he acts as an impartial advisor operating within established
guidelines.

I must admit I was shocked when I heard the news of Hamid's conviction. I am convinced that Hamid
does not have a bone in his body capable of conducting acts he has been accused of.  Hamid is such a
loving father and husband and such a humble and caring individual that his conviction will be a great
tragedy for all who know him and in my humble opinion a gross miscarriage of justice. For I feel that
perhaps another guilty party may be dragging him down in the hopes of lightening their own burden.

Respectfully submitted,

Masoud Moradzadeh

# EXHIBIT 59

**EXHIBIT 59**

## ADVANCED PSYCHOLOGICAL & BEHAVIORAL MEDICINE CENTER
### (APBMC)



### CLINICAL, FORENSIC, & NEURO-PSYCHOLOGY

**Alan A. Modarressi, Ph.D., QME, M.S. Pschopharm**.

*Tel: (562) 861-7226, (818) 501-6080    Fax: (562) 861-6876*
*8221 East 3rd Street, Suite 301*
*Downey, California 90241-3732*
*Offices in Downey and Encino*

August 4, 2011

TO:    Honorable Percy Anderson
       United States District Court Judge
       Courtroom 15
       312 N. Spring Street
       Los Angeles, CA 90012

RE:    Hamid Tabatabai

Dear Judge Anderson:

I am a clinical and forensic psychologist and the president of the Advanced Psychological and
Behavioral Medicine Center (APBMC). I am also the cofounder and the president of the Iranian
Psychological Association of America (IPAA).  I have known Hamid and have been a close
friend of the Tabatabai family for more than thirty years. During this time I have come to know
Hamid very closely at different capacities and settings. In the past few years I have seen Hamid
going through several traumatic losses that started with the death of his father, then his mother
was stricken by multiple illnesses. Throughout this period Hamid selflessly divided his time and
resources among his family, work, and his ailing parents. But his ordeal continued as his beloved
sister, mother of a six year old child, became a victim of an aggressive malignant tumor and
Hamid became a major source of care and support for Shirin. Sadly, the chain of unfortunate
events was unrelenting as his sister died and within a short period of time his mother joined her.
Shortly thereafter, his father in-law developed Alzheimer's disease and Hamid decided that he
would stay home every night to attend to him as he did not want his father in-law to receive
anything less than ultimate care.

During this time, on a few occasions Hamid informally sought my consult in regards to stress
and anxieties in his life related to the above events as well as his mounting work pressure,
financial crisis, and the possibility of losing his home.

Page 144

I have seen Hamid fight against his life adversities with strong faith and positive attitudes continuously stretching himself thin amongst his friends, family, and the community, making a difference in many people's lives.

I am recounting all these events in order to let you know that I know Hamid. I know him very well. I have partied with him, shared laughter with him, cried with him, and I have carried the coffins of his parents and his sister on my shoulder, one by one, along with him.

In my capacity as a forensic psychologist I often see people who are less than honest and by experience I know them when I see them. I can tell you earnestly from the bottom of my heart, both as a professional and as friend, that Hamid is not a liar or a cheater. Rather, he is a man of character, integrity, and compassion. He is a dedicated family man and a hardworking citizen who is loyal and ethical. He is loyal to his wife, his children, his friends, and his profession.

During the past year, while the family was barely dealing with their life ordeals, they also had to face the horrendous stresses of this legal battle before them. For the past several months Hamid's wife, a mother of two has been crying days and nights. Every time that I saw Fataneh, her eyes were red and her face distended. Their children too, have been anguished all along.

I know that if Hamid's freedom is taken away from him the entire family will fall. The tremendous pain of Hamid's incarceration would be absolutely devastating to them, to me, and to all friends of the family. The embarrassments, humiliation, and the economic consequences would be disastrous for this family that for so many years have lived together with honesty and integrity. I humbly appeal to your compassion for this already terribly-suffered family to spare them the catastrophic separation of their beloved breadwinner.

Sincerely Yours,

Alan A. Modarressi, Ph.D., M.S.

# EXHIBIT 60

**EXHIBIT 60**

# MINOO SHILATI

4000 Prado De Las Frutas Calabasas, CA 91302   818.224.5257

August 2, 2011
Hon. Percy Anderson
United States District Court Judge
Courtroom 15
312 N. Spring Street
Los Angeles, CA 90012

Hon. Percy Anderson,

My name is Minoo Shilati. I am a close friend of Hamid Tabatabaee and his family. I own and operate a counseling center in Westlake Village California and have been a practicing psychotherapist for many years.

I had the pleasure of meeting Hamid through his sister 20 years ago, and got to know him better as the years went on via his friendship with my husband. The friendship between our families started to become closer as a result of his father-in-law's illness. My respect towards Hamid became very strong when I witnessed his unconditional love towards his family and friends during this trying time.

His devotion and kindness to the people in his life was simply unheard of. "No" was not part of his vocabulary when it came to helping others.

Although he was working very hard, he still managed to help my family with things like my son's wedding and making certain to bring his son, an MD, to come see my ill husband on a Sunday. It has always been his duty to help others and it's been inspiring to know him.

Hamid is a very special friend and his honesty and sincerity were the primary reasons I hired him as an accounting consultant for our company. Without any great expectation, he helped our new company tremendously. He never objected in making

extra trips to our office, realizing we were in developmental stages and did not have the funds to pay him for his services.

It's inconceivable to me that Hamid is being accused of dishonesty as this is completely out of character for him. I see a man who worked hard to make ends meet, a man who was a devoted husband and father, someone who always tried to please everyone around him.

Hamid was raised by great parents - honorable people in the Persian community. After the revolution of Iran, because of his father-in-law, he and his family had to escape the country leaving everything behind.

Potential deportation of Hamid is a tragic thought to his family and friends. I, personally, will lose someone who came to my rescue during several difficult circumstances.

When I first heard of the accusation towards him, I had a hard time believing it. I trust Mr. Hamid Tabatabaee with my family and finances at anytime. I am genuinely honored to know him.

Sincerely yours,

Minoo Shilati

# EXHIBIT 61

**EXHIBIT 61**

August 2, 2011

To: Hon. Percy Anderson
United States District Court Judge
Courtoom 15
312 N. Spring Street
Los Angeles, CA 90012

RE: Mr. Hamid Tabatabai

Your Honor,

I am a 67 year old semi retired blue collar worker and have been a resident of California for 27
years. I have had the privilege of knowing Mr. Tabatabai for over 50 years. He is one of my
oldest, most trusted and cherished friends. Over the last 5 decades, he has proven time and time
again to be one of the most reliable, compassionate and ethical people I have had the pleasure of
knowing. He and his family are very dear to me.

I was devastated when I heard about Hamid's conviction. I have known Hamid to always be a
man of strong and honorable character. I can assure you and the court that Hamid has been a
great friend and a great man and has never demonstrated anything short of that to me nor to any
of our mutual friends. Over the years he has always been the rock that I or anyone of his many
friends could turn to whether we need a buddy to confide in or a trusted friend for advice and life
direction. Hamid was always selflessly available to us all. I have gone so far as to tell my only
child that should anything happen to me, he can count on Hamid as he would a father.

Hamid has touched and enriched so many lives and continues to do so. It would be a devastating
blow to all whom count on him, his friends, his loved ones and especially his children, should he
be incarcerated.

Sincerely,

Homayoun Pourmand
1058 Stanford
Irvine, CA 92612
949-510-3210

Page 150

# EXHIBIT 62

**EXHIBIT 62**

# SAR MEDICAL MANAGEMENT
## 8909 WEST OLYMPIC SUITE 102
## BEVERLY HILLS, CA 90211
### 818 636-7979

August 2, 2011

Hon. Percy Anderson
United States District Court Judge
Courtroom 15
312 N. Spring Street
Los Angeles, CA 90012

Re: Hamid Tabatabai

Hon. Percy Anderson:

My name is Gina Alexander owner of Sar Medical Management Inc.

I have been close friends with the Tabatabai family for over 50 years. Our families have shared many family gatherings and celebrations together. The Tabatabai family is an extension to our family and Hamid is like a brother to me..

Hamid is a kind, gentle, caring and honest person that has helped both families whenever anyone needed him. He has always been a very generous person with his time, profession guidance and assets if necessary. At most family functions he is generally the first person to arrive and he is always willing to help.

In 1994 after the Northridge earthquake my business and my house were destroyed and I was faced with a financial crisis. Hamid was the first person to rescue me and my 86 year old father by donating financial assistance and his expertise. He helped me to relocate my office and find an apartment to move with 86 years old father, telephoned me daily with continued support and guided me through alterative solutions.

As Trustee of his sister's estate, Hamid was very careful in handling the estate's affairs. Since I was his sister's best friend, he would often consult me to confirm his sister's wishes prior to making estate decisions.

This case does not embody the true and full character of Hamid, or represent the honest and caring life of Hamid, nor does this case recognize the charitable life Hamid. This case has in fact

changed his life and the lives of his families and friends and it has most certainly humbled each of us.

I am asking the court to have compassion and consideration for Hamid during his sentencing phase because Hamid has previously led of the honest life.

Respectfully submitted

Gina Alexander

# EXHIBIT 63

**EXHIBIT 63**

Hon. Percy Anderson
United States District Court Judge
Courtroom 15
312 North Spring Street
Los Angeles, CA 90012

July 2, 2011

Your Honor,

My name is Sharzad Zafari, and I am a teacher in the private school
systems of Los Angeles. I have resided in California for more than
thirty years and have known Hamid Tabatabai for twenty five years.
Hamid's wife, Fataneh, is one of my closest and best friends.

In many ways, I consider Hamid closer to me than my own brother. In
all the years that I have known him, Hamid has been an immense support
for me in difficult times. Often, when I have been in a dilemma, it
has been Hamid who has guided me in the right direction. He has proven
himself to be an extremely kind, generous, thoughtful and considerate
friend. One particular incident that comes to my mind is the time when
I had a very serious car incident and the first person I contacted was
Hamid. He left a very important family gathering and rushed to help me
at the accident scene.

Furthermore, I can attest to the fact that Hamid and Fataneh have, in
essence, dedicated their entire lives to the raising and education of
their two children, now both medical doctors. As a family man, he has
been a role model and inspiration for his two children. They have seen
him extend a helping hand to many ailing family members and those with
serious health problems.

The possibility of Hamid's imprisonment will be catastrophic for his
wife and two children. They will be devastated as they have always
depended on Hamid's presence and his wisdom to maneuver through life.
He has truly been the solid rock and foundation of his family, and his
possible incarceration will impact his entire family in the most
disastrous manner for the rest of their lives; it would shatter Hamid
whose only ambition in life has been to give his children the highest
education in order to raise them as most decent and altruistic
citizens.

Page 155

I pray that Hamid will have the opportunity to continue a fruitful and charitable life and be able to enjoy his family at the same time that he contributes to the well-being of his community.

Sharzad Zafari

# EXHIBIT 64

**EXHIBIT 64**

Sunday, July 20, 2011
TO: Hon. Percy Anderson
United States District Court Judge
Courtroom 15
312 N. Spring Street
Los Angeles, CA, 90012

RE: Hamid Tabatabai

I am currently in my final year of medical school, pursuing a combined medical degree and masters in public health at Tufts University School of Medicine. I have known Hamid from my birth 27 years ago, as he is a very close friend of the family. Since then, Hamid has been nothing but wonderful, kind and caring to myself and the rest of my family members.

My childhood, teenage years and young adulthood are filled with happy memories of Hamid. One story that is particularly reflective of his warm and hospitable nature is the time when I traveled to California as a 15 year old to take summer classes at the University of California at San Diego. Towards the end of my time there, I developed bacterial pharyngitis. I was far away from my home in Brussels, Belgium and not only felt physically sick, but very home sick as well. To my relief, as soon as Hamid found out, he brought me to a doctor, made me fresh artichoke soup and took care of me for the next week until my health improved as if I was his own daughter. Indeed, during that time, he felt like a second father to me and was able to provide me with the comfort and care that I needed when my own parents were unable to.

When my mother told me about Hamid's conviction, I was as shocked as I was devastated. It felt completely surreal, went against everything that I know about Hamid, and seemed so very inconsistent with all the interactions that I have had with him over the past 27 years.

Hamid's conviction would be tragic not only to his immediate family - who are one of the most affectionate and loving families that I've ever known - but it would be tragic to all of us who know, love and depend on Hamid for his unwavering loyalty, kindness and optimism. His children would lose a wonderful and dependable father, his wife would lose a loving and attentive husband, and the rest of us would lose a caring and trust worthy ally and friend.

On a final note, I cannot emphasize enough just how kind Hamid has been to me and my family-we have truly come to love him like one of our own.

Sincerely,

Lily Bayat

Lily Bayat

# EXHIBIT 65

**EXHIBIT 65**

July 21, 2011


Hon. Percy Anderson

United State District Court Judge

Courtroom 15

312 N. Spring St.

Los Angeles, CA  90012


Dear Honorable Judge

My name is Mahasti Sadighi. I have had the pleasure of knowing Hamid Tabatabai and his family for over 35 years.

He is our role model as a loving and caring husband, father and friend.

My husband and I have the outmost respect for him and his family.

Few years ago we lost our best friends to a tragic accident. They left behind two daughters. Hamid Tabatabai was one of the first ones to be a support for the two girls and every one that was affected in this tragic incident.

I strongly believe Hamid Tabatabai has been wrongly accused of lying and cheating. He is a very honest and honorable man. This truly is not his character. He is highly respected person in our family and friends.

Your Honor please consider leniency in your sentencing.

My contact number is (949) 295-6519 and for my husband, Nader Sadighi it is (949) 295-6530


Sincerely yours,

Mahasti Sadighi

# EXHIBIT 66

**EXHIBIT 66**

MAZAHERI KERMANI, Michel
11252 Peachgrove Street, # 205
North Hollywood, CA 91601


The Honorable Percy Anderson,
United States District Court Judge,
Courtroom 15,
312 N. Spring Street
Los Angeles, CA 90012


### Character Letter  Re: Mr. Hamid TABATABAI


The Honorable Judge Anderson,
I am an Enrolled Agent, enrolled to practice before the Internal Revenue Service, as well as a member of
the California Society of Enrolled Agents, and have been a seasonal employee of H&R Block Inc. as a tax
preparer for the past three tax seasons.

Your honor, one of the gifts that the God Almighty can bestow upon a person is a sincere, honest,
compassionate, decent friend with unshakable principles, and a true friend in need as well as in good
times. I have been fortunate enough to have been given that gift through Mr. Hamid Tabatabai whom I
befriended over 35 years ago.

Furthermore, we together with other friends even shared an apartment for some time in London,
England while we were both working and studying accountancy. Subsequently, Mr. Tabatabai succeeded
in becoming a Chartered Accountant and a member of the Institute of Chartered Accountants in England
and Wales. Also over 35 years ago I, as a close friend, had the privilege of attending Mr. H. Tabatabai
and his wife's wedding ceremony.

Further, after my return to Iran in the late 1978, and soon thereafter during the tumultuous and
uncertain times of the Islamic Revolution, I found myself in the predicament of being unemployed and
disoriented. Not wanting to burden my aging parents or be beholding to family members, it was Mr.
Tabatabai and his wife who gave me shelter in their home and with great generosity, without expecting
anything in return, supported me in every way possible until I could get back on my feet. His charitable
acts, good deeds, and generosity as a human being have not been limited to me or this act alone.

Although, we lost close contact after Mr. Tabatabai's inevitable and clandestine departure from Iran
together with his wife, two infant children, and his father-in-law for the sake of saving the latter from
the clutches of tyrants in Tehran, and keeping his immediate family intact and eventually settling in the
United States I, through mutual friends, kept a close tab on them. So it was that the first non-family
persons I contacted in 2006 after my family and I arrived in Los Angeles were Mr. and Mrs. Tabatabai. It
seemed, as friends, we had never been separated.

Finally your honor, I have always held the deep belief Mr. Tabatabai to be an incredibly honest, sincere
man of integrity with outstanding good qualities and principles, and over the years that I have known
him, I have never had a cause to doubt that deep belief.

Therefore, your honor, it is hard for me to believe that Mr. Tabatabai stands convicted of lying or cheating anyone. Hence, I hereby humbly request the Court's compassion, for Mr. Tabatabai is a compassionate person to others, and has never expected anything in return for his good deeds. I am certain his imprisonment and deportation would be nothing short of tragic, not only for him but also, for his immediate family and friends.

That is certain.


Respectfully yours,

Michel Mazaheri Kermani, EA

Date: June 25, 2011

# EXHIBIT 67

**EXHIBIT 67**

# The Interior Design Group Inc.

19218 Ventura Blvd. Tarzana, CA 91356
(818) 342 − 0044 Tel  .  (818) 342 − 0217 Fax
**License No. 955849**

July 25, 2011

Hon. Percy Anderson
United States District Court Judge
Courtroom 15
312 North Spring St.
Los Angeles, CA 90012

RE: Hamid Tabatabai

Dear Honorable Judge Percy Anderson,

My name is Amir A. Ghavami, an upstanding citizen and resident of Thousand Oaks. I am the proud President and Owner of The Interior Design Group, Inc. a business that has served Los Angeles County for over 25 years. Engaged in the construction business as an active subcontractor for commercial and residential projects, I have met quite a few people in a days work, but even fewer that became close friends as a result. I was introduced to Hamid Tabatabai by way of my wife, Shahla Ghavami. She had the good fortune of getting to know Mr. Tabatabai's wife, Fataneh a high school teacher, at her antique store, Good Old Times Antiques in Agoura Hills. After several encounters some 8 years ago, they developed a close-knit friendship that eventually led to my involvement with remodeling their family home.

As a businessman, I've become a person who needs to rely on his gut instincts, which have yet to fail me. I make business deals based on my observations, people's attitudes, words, eyes and how they carry themselves. Needless to say I've come to read people quite well and through the years, I have worked in many homes with many people and my crew has run the gamut of clients ranging from polite to dismissive. I was instantaneously floored by Hamid's sincerity and purity. I knew that this is a man; I'd like to get to know better. To this day, even my crew still recognizes working with Hamid as being one of the most if not *the* most, positive experience they've ever had in anyone's home. He treated them fairly and with respect as if they were members of his own family. And although this does not surprise me, as it is indicative of Hamid's character, my crew was definitely taken aback.

In getting to know and traveling with Hamid over the past several years, I am witness to a man whose only intentions are to support his family, be a pillar of his community and help others when in need. His unquestionable integrity, selflessness and sense of dignity have afforded him the opportunity to raise two professional medical practitioners who will undoubtedly also carry on his legacy into the larger community. This is why I was absolutely shocked when I heard about Hamid's conviction. Being that I have very few people whom I trust and hold dear to my heart, outside of my family, it was incredibly difficult for me to fathom the idea that Hamid would knowingly act out of character and do something dishonest, much less illegal.

It would be an absolute tragedy not only for his wife and two children to have this weigh on their integrity but on my conscience as his friend. A conviction or imprisonment would devastate their family unit, as he is the glue that keeps them together after several and recent tragedies and deaths. His strength, kindness and mere presence serves as their only reminder of the importance of living an honest and full life despite recent difficulties. His continual support and love for his family and community has become and integral part of not only his purpose but also his family's. Without him, I fear this may fall apart.

I have chosen to write this letter on behalf of my friend whom I've come to love like a brother as a plea for mercy and compassion based on what I have observed to be true about this man and his character. A conviction would not only be a loss to his family but also to the greater society in which he serves. "An honest man's word is as good as his bond" and my word is all I have and if my word counts as anything then may you heed my request. I expect that this will be a learning experience for all involved and a reminder at how precious and delicate life truly can be. It is with great hopes that I swiftly see my brother again doing what he does best: willingly and selflessly helping and supporting others. Thank you for your time.

Sincerely,

Amir A. Ghavami

# EXHIBIT 68

**EXHIBIT 68**



 **G L O B A L**
INVESTMENT & DEVELOPMENT

3470 Wilshire Boulevard, Suite 1020
Los Angeles, CA 90010
Tel. No. 213.365.0005    Fax No. 213.365.0405

July 12, 2011

The Honorable Percy Anderson
United States District Court Judge
Courtroom 15
312 N. Spring Street
Los Angeles, CA 90017

**Re:    Character Reference Letter for Mr. Hamid Tabatabai**

Honorable Judge Anderson:

I am the Owner and Principal of Global Investment and Development, LLC. The nature of my business is real estate and I have been in this industry for more than 16 years dating back in Dallas, TX and since I moved to Los Angeles, CA.

My personal relationship to Hamid began when I was still residing in Dallas, TX. Through long distance business dealings with Namco's office, Hamid was introduced to me by Ezri Namvar. Then, when I came to Los Angeles, CA in 1991, I got to know him much better and became close friends. At one point, he was very instrumental in sorting out and solving a minor dispute over a certain account between our family and Namvar's in the past. He worked tirelessly and mediated in a neutral way to clarify and discuss the issues between the families. As a result, the issue was resolved. I was very thankful for his assistance and support.

At all times, I found Hamid Tabatabai to be a peace-loving, hardworking and honest man who loves his family very dearly. There have been no complaints against him that I know or heard of in the Persian community to which we are both members. In addition to that, every time I speak about Hamid before a group of people, everybody has high regards and talked great things on what he has done or contributed to the community being an active participant of it. Furthermore, many who know him have witnessed his immense principles in life that he religiously follows. He has always worked really hard throughout his life to help his family and friends. These traits are what I admire about him and the reason I believe and trust him very much.

The charge against him strikes me as a completely uncharacteristic aberration. I cannot stress enough but I believe Hamid's character is of dignified, trustworthy and respectable man. I ask that you do not change the course of Hamid life based on the current case against him.

If you wish to verify the contents of this statement, please do not hesitate to contact me at 213 365 0005 or on my mobile phone at 213 200 2890 at your convenience.

Thank you.

Sincerely,

Aaron Rivani
Manager

Page 167

# EXHIBIT 69

**EXHIBIT 69**



**Children's
Hospital
LOS ANGELES**℠

We Treat Kids Better

July 11, 2011

TO: Hon. Percy Anderson
United States District Court Judge
Courtoom 15
312 N. Spring Street
Los Angeles, CA 90012

RE: Hamid Tabatabai

To Whom It May Concern:

My name is Louay Keilani and I am currently Chief Resident at Children's Hospital of Los Angeles. I am also an attending physician at Altamed General Pediatrics Clinic at Children's Hospital of Los Angeles. Hamid Tabatabai has been part of my life for 20 years. His son, Ramin Tabatabai, has been my best friend since the 7th grade, and Hamid has become like a father to me. He has always been a person that I felt comfortable talking to about any problems I faced in life. I trust him completely and that is because he has always lived his life with complete integrity. I am a person that has experienced that first hand for the past 20 years.

Since middle school, Hamid dropped us off at school everyday. My family trusted and counted on him since both of them worked in the mornings. He took time in the morning to pick me up from my home. I have great memories of those days we use to talk and hear stories from Hamid. Those are the fondest memories I have from my school days. He always made sure Ramin and I continued on the right path in life. If it was not for Hamid, I truly believe that Ramin and I would not be physicians, and especially not the type of the physicians the community has gotten to know and love.

I have been involved with Hamid's case from the very beginning and was shocked to hear what he was accused of. I know that he is innocent and he would never be a part of the problems that company went through. I then heard about what a conviction could mean, but refused to believe that we would even go down that path with Hamid. After hearing about the case and the details of what he was accused of, I was disgusted by the words used to describe Hamid and his character. He has always been loyal, honest and a hard worker. The thought that he would mislead clients for personal financial gain is impossible from Hamid. The way he values family and friends over financial gains, makes it hard for me to believe that he would mislead anyone. He is one of the few people in my life that has taught me this lesson, something I find invaluable.



**Children's Hospital LOS ANGELES**℠

We Treat Kids Better

After hearing the verdict of the case, I was in complete shock. It took me a long time to recover. My immediate thought was, how do we right this injustice. My mind could not see Hamid imprisoned. A man of such high character and integrity does not belong in prison. If Hamid ends up going to prison, it would destroy all of us. It would make me question everything I believe in this country.

I have provided my personal cell phone number. Please feel free to contact me at any time if you have questions that concern Hamid. I sincerely thank you for your time and consideration.

Respectfully,

Dr. Louay Keilani

Phone: 949-243-6937

# EXHIBIT 70

**EXHIBIT 70**

July 25, 2011

TO: Hon. Percy Anderson
United States District Court Judge
Courtoom 15
312 N. Spring Street
Los Angeles, CA 90012

RE: Hamid Tabatabai

Dear Judge Anderson,

My name is Rami Shaarawy. I am a physician and work at West Hills Hospital. I have
known Hamid Tabatabai for over ten years. I was classmates with his son, Ramin, at the
University of California, San Diego and roommates with Ramin while we both attended
medical school in Wisconsin. Mr. Tabatabai has always been a remarkable man whose
love and support for his family is nothing short of incredible. To really know this man,
you must get to know his children. Ramin and Roya are the most compassionate, loving
and patient people. They are kind hearted, modest and humble. Ramin and Roya have
strong morals and principles and have both chosen professions in medicine to help others.
I am certain that these two have become outstanding individuals because of their father.
Mr. Tabatabai is a man of integrity, full of family values, and someone that I will always
hold in high regard. When I learned of his recent legal problems, I was shocked because
the conviction and its implications are completely out of character from the man that I
know. Frankly, I have known him to be the polar opposite from what has been portrayed
during this case. Mr. Tabatabai has been a man I myself have aspired to be like as a
husband and father. This has been a very trying time for myself and most certainly for his
family and I can only hope and pray that his true character is brought to light.

If I can be of any assistance please do not hesitate to call me.

Respectfully,

Rami Shaarawy, M.D.
Cellular Phone: (310) 633-1216

# EXHIBIT 71

**EXHIBIT 71**

July 27, 2011

TO: Hon. Percy Anderson
United States District Court Judge
Courtroom 15
312 N. Spring Street
Los Angeles, CA 90012

RE: Hamid Tabatabai

My name is Tim Kuruvilla and I am the Co-founder and President of Viewics, a software
company serving hospitals. Hamid and I met in the Fall of 1997 during one of his visits
to UC San Diego to see his son Ramin Tabatabai, a very good friend of mine. I
immediately became close to Hamid because he always included myself and Ramin's
other friends in their family visits to San Diego, showing us the same love and
consideration as he gave to his own son. Over the last 14 years, I have had the pleasure
of experiencing unending generosity, sincerity and integrity from Hamid.

Hamid is one of the few individuals you come across in life with a truly selfless and
sincere soul. While Ramin was in college, Hamid and his wife would come to visit
UCSD often to spend time with Ramin or bring him home-cooked food. Not only did
they make enough for Ramin, they always made sure to bring enough for his friends as
well. It was amazing how much they treated us like their own children. I also remember
Hamid often making last minute visits at various times in the day or week whenever
Ramin or his sister needed anything. Although it was a grueling 3-hour drive, Hamid
came to visit more often than any one of our other friends' fathers. That generosity also
extended to whenever we would visit LA. Hamid's house was like our home in LA.
Often times, Ramin and his friends would go to LA for various college events. However,
we would somehow get so comfortable and happy in Hamid's house that we would miss
the entire event and just stay there. Even when we would offer to take care of them and
not have them do anything, they would insist and treat us like kings. We could sit there,
eat, talk about anything and Hamid would offer the honest, sincere advice we were
always looking for. At a time when we didn't have our own families around, Hamid and
his family filled that void, without ever expecting anything in return. That's the kind of
selflessness and sincerity I have seen Hamid display in every aspect of his life.

When I heard that he was convicted of fraud, I was completely surprised. First, I can't
imagine Hamid lying to someone or even hiding the truth on a moral level. Secondly,
Hamid is known among our friends for not having a filter and saying what he thinks or
believes in its raw form, much like an innocent young kid. He has never had the ability
to "strategically" not say something or even say it in a convoluted manner. For example,
there was a time when I had just separated from a relationship I was in for a very long
time. The first words that came from Hamid's mouth when he had all of our friends over
and he saw me was "What happened?!?!" with a big grin on his face that just made us all
laugh (while his wife was pinching him under the table). That's how sincere and

straightforward Hamid is and there is no way you can get mad at him because anyone that knows Hamid, knows that his intentions are nothing but good.

If Hamid is convicted and imprisoned for this crime, my friends and I would not only be losing someone who has been like a father to us, but also someone who is a positive role model to his community and those that surround him. He is so close to his family and they rely on him for so many things, that it would undoubtedly be devastating to them. This whole process has been such a challenge for all those that know and love Hamid. The negative impact of his imprisonment is beyond describable by words.

On behalf of a great man and kind soul, we beg and plead for your leniency in his sentencing.

Sincerely,

Tim Kuruvilla

# EXHIBIT 72

**EXHIBIT 72**

July 6, 2011

TO: Hon. Percy Anderson
United States District Court Judge
Courtoom 15
312 N. Spring Street
Los Angeles, CA 90012

RE: Hamid Tabatabai

To Whom It May Concern:

My name is Naren Chelian and I currently work as an orthodontist. I write this letter in
strong support for Mr. Hamid Tabatabai. I first met Hamid thru his son, Dr. Ramin
Tabatabai, almost 14 years ago while I and his son pursued our undergraduate education
in UC San Diego (UCSD). Since then, I have maintained a very close relationship with
Hamid and his entire family. Hamid has been one the most hospitable people I have come
across and his kindness and generosity to me has been endless.

Since my family lived far away from home, Hamid compensated for this distance by
inviting me out with him and his family during his visits to UCSD as well as family
gatherings they had at their home. These interactions eventually turned into a strong
relationship b/w us. What was striking was that Hamid never hesitated to invite people
over that was not near their family. This was a value he held dearly and he wished to
extend it to anyone who was in need of it. To create an environment so comfortable that
you feel like you are with family is difficult and Hamid created that feeling for me as
well as many of my colleagues.

I was surprised to hear about Hamid's case and especially shocked about a serious
conviction. Upon further inquiry of the case details, I was disappointed at the words used
to describe Hamid by writers. I find it difficult to read such things as this is not of
Hamid's character. Some of his strongest values include loyalty, humility and a strong
work ethic so I find it hard to believe he would be involved with anything that would
mislead his clients and discredit his work for any monetary gain. Throughout the entire
time that I have known him, he has not once placed the slightest value on money and he
has been one of the most humble people I know.

I would be devastated should Hamid be convicted and imprisoned. What it would do to
me and many of my closest friends would be irreparable.

Hamid has been an amazing person. From the first time I met him, he has consistently
maintained his hospitality, kindness, and generosity with everyone around him. Our
relationship has transformed from being a friend's father to someone I would consider a
part of my own family. I continue to regularly meet and interact with him and his family.
The feeling I get from being around him is humbling. He has been critical in helping me

realize that the value of having a loving family and close circle of friends is priceless. He treasures this value more than anything in the world and no amount of money or materialistic good could sway him away. It is for this reason I plea that strong consideration be given to his character in this decision process. The implications that this conviction places on Hamid is one that is opposite his true nature.

I love this country and the opportunity that it has given me so I have strong faith that a fair judgment will be made for Mr. Hamid Tabatabai and that his contributions to his family, friends and the community will not go unnoticed.

I have provided my personal cell phone number. Please feel free to contact me at any time if you have questions that concern Hamid. I sincerely thank you for your time and consideration.


Respectfully,

Dr. Naren Chelian

Phone: 310-621-5090

Page 178

# EXHIBIT 73

**EXHIBIT 73**

July 26, 2011

TO:  Hon. Percy Anderson
United States District Court Judge
Courtoom 15
312 N. Spring Street
Los Angeles, CA 90012

RE: Hamid Tabatabai

My name is Maryam Bayat and I work in Marketing for a beverage company. I am 30 years
old now and have known Hamid since I was child. Although we are not related by blood, I
consider him, his wife and his two children to be my family. In a way though, they are better
than family because my bond with them is forged out of deep affection, respect and choice
rather than necessity or genetics. To me, Hamid has always been a kind, trustworthy and
thoughtful uncle figure who has stood out in my life as one of the very few people I know
who is genuinely good to the very marrow of his bones.

Often times, as we grow up, the haze of naiveté and innocence dissipates and we realize that
people in our lives that we idolized or loved as children are much more flawed than we
realized. I can say with complete certainty that neither my impressions of Hamid nor my
feelings toward him have changed at all through my childhood, adolescence or adulthood. He
remains the same person who would always pick my sister and me up from the airport on our
frequent visits to his home (he would always take us back too); the same man who would
always stop at an Iranian restaurant on our way from the airport to get us the kebabs we had
long been craving and could not wait for any longer but did not have where we lived. He is
the same man who comforted us when a burglar stole the television right out of the room we
were sleeping in; the same person who took care of my sister when she was sick and far away
from home by herself. He is still the same person who is responsible for some of the very best
memories of my childhood: taking us to Universal Studios, The Hard Rock Café and The
Cheesecake Factory when we were still young enough to be in awe of those things. This is all
to say he is still thoughtful and considerate to the extreme; kind, caring, trustworthy and
always thinking of others.

When I heard about the trial and then the conviction, I was absolutely distraught. None of it
made any sense to me and if I thought about it too much I would cry. In fact, I have been
postponing writing this letter for fear of the emotions it would evoke. Enough time has finally
passed though that I can no longer postpone the stress and sadness that this causes me. I think
perhaps it is also because of the difficulty I am having coming to terms with the situation and
how far removed it is from the Hamid I know and love and who has enriched my life so
thoroughly.

Given how difficult writing this letter has been for me, Hamid's imprisonment or deportation
would be one of the worst things I have experienced in my life. I cannot imagine what it
would be like for his two children or his wife considering how painful it would be to me. He

has played such an important part in my life, acting in turns as a trusted and kind protector, adviser, friend, uncle and father to two of the best friends I will ever have in my life. The very best parts of my childhood and adolescence almost always involved him and there is absolutely nothing that I value that I would not entrust to him. I only wish I could do more than to use my one, small voice to ask for compassion on behalf of someone who I love.


Sincerely,


Maryam Bayat

# EXHIBIT 74

**EXHIBIT 74**

# SKINNER FOUCH & OLSON LLP

## Certified Public Accountants

Kian Shirdel
25232 Earhart Rd
Laguna Hills, CA 92653


July 15, 2011

TO: Hon. Percy Anderson
United States District Court Judge
Courtroom 15
312 N. Spring Street
Los Angeles, CA 90012

RE: Hamid Tabatabai

Dear Honorable Judge Anderson,

My name is Kian Shirdel, and I am an accountant for a CPA firm in Irvine,
California. It has come to my attention that there was to be an opportunity for those that
are close to Hamid, to share their views and opinions of this gentleman. If you have
already met anyone that knows him well or read any other letters, you can surmise that
this is something any of us would jump to do in a heartbeat. I have been fortunate
enough to know Hamid, and his wife Fataneh quite literally all of my life. They have
been close friends of my mothers for decades, well before my birth. I consider them so
much like family that I address them as aunt Fataneh and uncle Hamid.

Truthfully, I find it difficult to summarize Hamid's character in a simple letter.
Not because there are no words to describe the man, but because if I chose all the right
words, most people would believe I was writing about a fictional character. His
kindness, warmth and gentle spirit are evident even in just simple conversation. My
mother coined the nickname "Sunshine" for him years ago, and now that is how even I
refer to him when we speak. Even when events in his life had taken a turn for the worst,
you would be hard pressed to find him without his smile, or ever bringing his concerns to
those around him. If a man's character is tested and revealed in the toughest of times,
Hamid has passed those tests ten-fold. He and his family have not had the greatest of
luck over the past few years, as they have lost family members back to back in a
relatively short period of time. But he held strong and was a pillar of support for them,
putting their concerns and needs before his own. That to me is one of the traits that
completely counters the allegations against him. A man that sacrifices and is so giving in
dire times, does not fit the flawed character of a person guilty of the crimes he is accused
of. Hamid to me is not the type of man that looks for the easy way out if that sullies or
invalidates his good moral standing.

It is no coincidence, that his two children have both chosen the path of assisting
people through the medical field. They carry with them the same integrity and warmth

# SKINNER FOUCH & OLSON LLP

### Certified Public Accountants

that we have come to associate with Hamid and Fataneh and I consider myself lucky to have them in my life for years to come.  But it would be tragic to see this family go through yet another grievance that I can say with certainty they do not deserve.  It just would not add up to me, and would be one of those instances in where people say to themselves "the world really is not fair".  I cannot speak to the details of the case at hand so I will not even start, but I know this man and his family well enough to be sure of my convictions in his character.  When I think of what is going on or what may come, I just pray that he will be vindicated, and be able to resume the life that such a great person has earned the right to lead.

Sincerely yours,

Kian Shirdel

# EXHIBIT 75

**EXHIBIT 75**

July 7th 2011

TO: Hon. Percy Anderson
United States District Court Judge
Courtroom 15
312 N. Spring Street
Los Angeles, CA 90012

RE: Hamid Tabatabai

Dear Honorable Percy Anderson,

My name is Reza Jamehdor and I am a close friend to the Tabatabai family. In many respects, I consider them as my own family. I have had the tremendous fortune of knowing these angelic individuals for nearly thirteen years and although it may seem overboard to use the term "angelic" as a human quality, I assure you that this family, specifically Hamid Tabatabai can be best characterized by no other term. As an Emergency Physician, I have been trained to meet an individual and "understand" their core qualities in a few minutes. I have had the past thirteen years to confirm to me of what I knew about Hamid after the first few seconds of meeting him in 1998.

My first interactions with Hamid occurred on the campus of UCSD, where I had become great friends with his son Ramin. I had known Ramin for over a year before meeting his family, but upon meeting his father I realized how my best friend had grown to become the respectable individual that he was. There are several characteristics that Hamid embodies, both as a father and as a citizen. He is respectful, kind, intelligent, giving, and honest. Whether it was inviting Ramin's friends to family dinners during visits to San Diego, or arranging various get-togethers at their home in Calabasas, I have come to idealize the values that Hamid demonstrates.

When I initially heard about Hamid's court case, I was not only shocked, but also very confused. A lawsuit against this individual for certain claims that were made did not fit with the person that I had come to know very well and respect for so long. This is a man who gave so much, not only to his family and friends, but also to the community as a whole. I had the unfortunate opportunity to attend some aspects of the trial and the accusations that were made toward this individual are completely out of character.

Your Honor, if Mr. Tabatabai were to be convicted of this alleged crime, it would not only be devastating to his family, but it would be devastating for me and so many other people of this community that Hamid touched with his life. His son Ramin and I have been friends for many years. I can honestly say that he is my closest friend in this world. I have tried to lend support during this difficult time for him and his family. I have offered to write this letter because I hope that I can express to you my thoughts regarding his conviction. I am not a juror, nor will I pretend to know the legal system in fine detail. What I do know is that a man's true character is the driving force behind his actions. Hamid Tabatabai is a great character! I thank you for your time.

Sincerely,
Reza Jamehdor M.D.

Page 186

# EXHIBIT 76

**EXHIBIT 76**

 **Gallagher Bassett Services, Inc.**

July 21, 2011


TO: Honorable Percy Anderson
    United States District Court Judge
    Courtroom 15
    312 N. Spring Street
    Los Angeles, CA 90012

RE: Hamid Tabatabai


You Honor:

First and foremost, I would like to thank the court for giving me the opportunity to
provide this letter. My name is Amir Abbassi and I reside in Laguna Hills, California.
I am the Assistant Branch Manager at Gallagher Bassett Services, Inc. (GB) located in
Aliso Viejo, California. I have been employed at GB for approximately 11 years.

I have known Hamid Tabatabai for nearly 35 years now. Hamid is married to Fataneh
who has been one of my sister's best friends for almost 45 years. Needless to say, after all
these years, we regard each other more of family members rather than friends.

I have always found Hamid to be extremely kind, loyal, intelligent, funny, and very
loving towards his family and friends. Recently, there have been a few passings within
Hamid's close family circle, including the loss of Hamid's own mother nearly 2 years
ago. Throughout this turbulent period, Hamid has been the exemplar of a young family's
patriarch. He has been a strong emotional support base for his wife, his children, and all
relatives and friends. He has met this responsibility with utmost selflessness on his part.

Hence, it is without exaggeration when I tell your Honor that I was in total disbelief when
I first heard about the allegations brought on against Hamid. I was then nearly in a state
of shock when I heard about Hamid's conviction. After 35 years of knowing someone,
you develop a good understanding of that person's personality and character. I can
honestly say that every fiber of my body knows Hamid not to be a type of person able to
carry out the allegations that have been leveled against him.


P.O. BOX 30840
LAGUNA HILLS, CA 92654
800.433.0181
949.588.8931 FAX
www.gallagherbassett.com

Page 188

# EXHIBIT 77

**EXHIBIT 77**



# H. Ronald Chess, D.D.S. Inc.

GENERAL DENTISTRY                                                    ORTHODONTICS

July 28, 2011

TO: Hon.Percy Anderson
United States District Court Judge
Courtroom 15
312 N. Spring Street
Los Angeles, CA 90012

RE: Hamid Tabatabai

Dear Judge Anderson,

Please consider this character reference letter on behalf of Hamid whom I have had the
privelege to know as a dental patient and friend for over 20 years.I have been a dentist in
Los Angeles for 41 years.

I met Hamid when his wife was a student teacher under the supervision of my wife who
was a Foreign Language Methodology Instructor at Calif.State Univ.Northridge. Hamid,
his wife,Fataneh, and his son and daughter ( now both Medical Doctors) became close
friends as well as long time patients of my dental practice. His wife continues to be an
an esteemed, hard working teacher contributing to our community all these many years.

Their immigrant story of courageous escape from their homeland revolution through the
treacherous and nearly impassable Turkish mountains on horseback with their children
and hand carried possessions was a deed obtainable only by people of character and
determination to be free and have a better life for their family.

Hamid and his family exemplify the realization of the American Dream of immigrants,who
with hard work,education,and moral guidance have taken focused advantage of their
opportunities to become model citizens. I have watched their loving care for their aging
parents, raising two well adjusted children who,with sacrifice and tenacious determination
have both become medical doctors.

I am sure that their unblemished record to teaching and successful parenting speaks volumes
as to their moral character, respect for law and responsibility to society.

Imprisonment of the father of this immigrant family which has realized the American Dream
in the most positive way would expunge a life of dedication to honest,law abiding hard work
 family betterment and and community enrichment. I have known Hamid to be above reproach
and have only respect and admiration for him,his achievements and lovely family.He has my
unqualified support.

May justice be true in his case and be tempered with compassion for this good man and a
life well lived.

Sincerely,

H.Ronald Chess D.D.S.
6345 Balboa Blvd.,Bldg.1, Ste.314
Encino, CA 91316

6345 Balboa Boulevard, Bldg. I, Suite 314, Encino, California 91316
Telephone (818) 881-1989

Page 190

# EXHIBIT 78

**EXHIBIT 78**



247 EL CAJON BLVD.
EL CAJON, CA 92020
Phone (619) 588-2922
Sales and F&I FAX (619) 579-2409
Business Office FAX (619) 442-2069

**Authorized Dealer**

The Honorable Judge Percy Anderson
United States District Judge
Courtroom 15
312 N. Spring Street
Los Angles, California 90012
July 24, 2011

Your Honor,

I presently reside in San Diego, being fortunate and blessed, living with my first wife of eight
years and two children and holding an ownership of small Mitsubishi franchise dealership which
employs thirty and some odd people. I'm a self-made fifty two year old that came to the States in
1979 at age twenty for my undergraduate studies and had the fortunate opportunity to stay in this
country after my graduation from New York Tech in 2005 to avoid going back to the suppressed
dictatorship of new regime which was formed in Iran after the revolution in 1979.

I have known Mr. Tabatabai since my early teenage years since he was a very close friend of my
cousin whom they had studied together and were college classmates before completing their
studies in England. I met him and his current wife of thirty some years during one of their
summer vacation that they spent at home in Iran during their visit in an afternoon pool party at
my aunt's house . I was so impressed with his humility, charm, kindness, ease of conversation
with him at very first time that we met which was a big deal to me as a teenager that certainly  left
a lifetime impression on me.

After having left Iran, because of the oppression after the Iranian revolution, his devotion to his
family and raising his two children of the finest caliber to become medical doctors and devoting
their lives of saving lives here in States, he truly once more proved his extraordinary and
exemplary of a human being.
Mr. Tabatabai's kind heart, sincere nature, trustworthiness, wisdom and his solid belief in taking
the right path in life as long as I can remember is the very opposite of what he is accused of
today.

His friendship and extraordinary way of life towards me, his family and others has certainly been
an exemplary of my motto of a true human being in any way that I can describe in humility,
sincerity, positive effect on the others in seeing a glass half full at all time, extending a helping
hand if and when is needed and in sum a true gentleman and human being and will be such a
waste of humanity not to continue having him as a friend, husband, father, neighbor and an extra
ordinary human being in the society which in total lacks such characters in everyday life if he will
be away from it.



247 EL CAJON BLVD.
EL CAJON, CA 92020
Phone (619) 588-2922
Sales and F&I FAX (619) 579-2409
Business Office FAX (619) 442-2069

**Authorized Dealer**

I whole heartedly believe that not only his incarceration will be a tragedy to him but to his wife as an educator and children who are both medical doctors, whom are all now considerable contributors to the very society that we are trying to protect.

I urge you to consider his valuable worth to us all; wife, children, friends and needy families that I know and am aware that he gives them charitable emotional and financial help time to time and see him as we do as a person of extraordinary and above board character with heart of gold and sincere sole.

Respectfully,

Farshid Farsoudi, President
KDF Automotive Group, Inc.

Page 193

# EXHIBIT 79

**EXHIBIT 79**

7/20/11

To: Hon. Percy Anderson

United States District Court Judge

Courtroom 15

312 N. Spring Street

Los Angeles, CA 90012


Re: Hamid Tabatabai


I am a retired bookkeeper. Hamid is a childhood friend of my brother's and I have known him for over 50 years. He has always been a reliable family man.

I have seen what a good father Hamid is, as is evidenced by his son's education and aspirations. I have also seen what a good friend he has always been to my brother.  As a family it was always a pleasure to see them and their loving dynamics.

I was and still am very shocked about the conviction.  I would never associate Hamid with anything illegal. I do know that his friends and family will greatly suffer from his absence.

His presence as a father, husband and friend has always been positive and strong and will be greatly missed.


Sincerely,

Fereshteh Jam

# EXHIBIT 80

**EXHIBIT 80**

August 1, 2011

**TO: Hon. Percy Anderson**

United States District Court Judge
Courtroom 15
312 N. Spring Street
Los Angeles, CA 90012

**RE: Hamid Tabatabai**

I am the Director of Sales and Marketing at CorpInfo, an IT Consulting and Services company in Los Angeles. I have had the good fortune of knowing Hamid and his family for over 30 years and during all of this time have not seen nor heard anything that would cause me to question his honesty and integrity. I know him as a man dedicated to his family, friends and community and always willing to help without expecting anything in return. I am truly honored to have Hamid as a very close and lifelong friend of mine.

Hamid emigrated to this country in search of a better life and future for himself and his family. As a father he has managed to raise two children who grew up to attend some of this country's top universities and become medical doctors. I also know that his wife is a teacher in our public education system and they both have contributed significantly to the betterment of the community in which we all live.

I am truly astonished to find Hamid in his current predicament. I am certain that any lapse of good judgment on Hamid's part must have been an isolated occurrence and totally out of character with the exemplary manner in which he has conducted his personal and business affairs.

It would be very hard for me personally to be unable to see Hamid and I am certain that it would have a devastating effect on his family and those who know him and are close to him. I hope and pray that Hamid will be granted an opportunity to continue to be a valued member of our community.

Sincerely,

Ken Hashemi

# EXHIBIT 81

**EXHIBIT 81**



# FiberMetric Resources LLC

*43230 Christy Street,   Fremont, CA 94538   Phone: 510-770-9010   Fax: 510-770-9410*

Hon. Percy Anderson                                        <u>June 27, 2011</u>
United States District Court Judge
Courtroom 15
312 N. Spring Street
Los Angeles, CA 90012

   Re: Mr. Hamid Tabtabai
   Subject: <u>My knowledge and Experience</u>
I am presently engaged in the field of Test & Measurement Instruments pertinent to the
Fiberoptic telecommunication industry, as owner & manager of a small business in the San
Francisco Bay Area, CA.
My acquaintance and friendship with Mr. Hamid Tabatai dates back to the mid 1960's, as
students in the UK, attending different Universities in different fields. That friendship has
endured to date and I hope for its continuation, notwithstanding the unfortunate predicament
which prevails and threatens Mr. Tabatabai as well as his respectable and wonderful family.

Professionally our paths crossed during the early 1970's while Mr. Hamid Tabatabi  and I were
engaged by two separate arms or divisions of a major industrial organization affiliated to the
Ministry of Industry & Mines of Iran, known as IDRO, Industrial development & Renovation
Organization (where I served) and PGSB, Persian Gulf Ship-Building Industries (where Mr.
Tabatabai served); a subsidiary of IDRO.

In the conduct of our duties, for the respective entities, and as counterparts, there were
occasions when important consultations and negotiations were held in the context of a new
product line development (Sea Water Evaporators for desalination facilities in the Persian Gulf)
and relevant technology transfer, where Mr. Tabatabai's diligence, acumen, ethical attitude and
professionalism seemed beyond doubt.

Throughout the 5 decade period that our relationship spans, I have never witnessed any faults
of character, and could never have imagined his involvement in a situation such as the one he is
accused of being implicated in.

Respectfully,
Max Jadali.
Fibermetric Resources
43230 Christy Street
Fremont, CA 94538

Page 199

# EXHIBIT 82

**EXHIBIT 82**

Saturday, August 06, 2011

To whom it may concern;

I have known Mr. Hamid Tabatabai for the past 20 years. He has been a close friend of our family. In this context Mr. Tabatabai has always been reputable for a man of virtue, generosity kindness and example of ethical conduct. My family members and I have consulted him in regards to financial and tax matters. He has always guided us within guidelines of truth, ethics and law.

I am more than willing to attest to the above in court of law.

Sincerely,

Amir Pourmand MFT, MA

949-433-3299

# EXHIBIT 83

**EXHIBIT 83**



Hon. Percy Anderson                                                      July, 15, 2011
United States District Court Judge
Courtroom 15
312 N. Spring Street
Los Angeles, CA 90012

I am writing in reference to Mr. Hamid Tabatabai.

I have known Mr. Hamid Tabatabai and his family for twenty years, and we are friends. I believe I am in a position to speak to Mr. Hamid Tabatabai moral character and honesty, so I hope you will take this letter into account when making your decision.

Mr. Hamid Tabatabai is a good person. He has always been kind and generous with others. He has a strong sense of duty, which applies in his job, family, and community. He also possesses a great deal of integrity, and constantly strives to make sure he is doing the right thing.

It must be difficult for you to make decisions like this when you don't actually know the person standing in front of you, so I hope you will look at my letter and others you're receiving, and understand that Mr. Hamid Tabatabai is truly an honest individual.

Thank you,

Michael Sabourian

President

2050 S. Westgate Avenue | Los Angeles, CA 90025-6119 | phone 310.442.3200 | fax 310.442.3201 | http://corpinfo.com

# EXHIBIT 84

**EXHIBIT 84**

July 21, 2011

To: Hon. Percy Anderson
United States District Court Judge
Courtroom 15
312N. Spring Street
Los Angeles, CA 90012

From: Katayoon Shirkhani
16710 Sherman Way #203
Van Nuys, CA 91406

RE: Hamid Tabatabaie

My name is Katayoon Shirkhani. I am a substitute teacher, working for the Los Angeles Unified School
District since 2006. I am a Steering Committee member of the UTLA (United Teachers Los Angeles) and a
Region 6 PACE member of the IEEE (Institute of Electrical and Electronics Engineers). I have my B.A.
degree in English Literature and my M.A. degree in Old Languages and Cultures. I got my Credential
degree from California State University of Northridge, USA.

My relationship with Hamid Tabatabaie is from Iran since my father was a friend of his father-in-law for
decades and I am close friend of him and his family since I am in the USA. Hamid and Fataneh (his wife)
are like my immediate family member. As I and my sister are living alone far from our close family, Hamid
and Fataneh always invite us for different events, we spend most big holidays in their home where is a very
welcome place of family and friend gatherings. They are the only people that I would ask for help if I am in
any kind of trouble.

He is a decent, honest and a precious human being who is recognized as an asset devoted friend, son,
brother, husband, father, uncle, ... Whenever I saw him at home, he was back after 12 hours work, starting
to help Fataneh with daily chores and house work and in case of having companies, he helped with hosting
and entertaining family and friends in their home with a decent manner and everlasting smile on his face.

His patience in taking care of three family members; his father-in-law, his mother and his only sister who
all passed away in his house was amazing. They all were so dependent on his kindness, trustiness,
dedication, sacrificing, generosity, loyalty and unconditional love during their life and their last moments.

Although he has two other brothers, his sister felt more comfortable staying in his house in her final months
of living, far away from her son and ex-husband. His father-in-law also spend his final days in his house
and while he was so weak in bed, as soon as Hamid entered the house, he started calling his name, Hamid,
Hamid...; and Hamid just flew to his bed to say hello and jokes and spend some time with him with his
well-mannered. I remember him embracing his mother and dancing with her, as she asked, while she even
couldn't move by herself. He was a dedicated son to his mother doing all her personal needs with a big
smile.

He always asks us if he can be of any kind of assistance. He himself proposed to do our tax return with no
charge with generosity. After his mother passed away he donated us her luxurious furniture and lots of
other utensils. He also donated the rest to the others and to the caregiver. When his father-in-law passed
away he unconditionally donated all his valuable belongings to the caregiver too.

He is a man of outstanding character, acquired a respectful position as a USA citizen and a father of two
fully educated, precious children by trying so hard being completely dedicated to his family and the country
he migrated to.

It is beyond my comprehension that Hamid Tabatabaie could be at any illegal activities. It is not digestible
for me hearing or believing that he stands convicted of lying or cheating anyone because he is incredibly
honest and has such strength of character and strong moral values and ethics that keeps him known as an

K.sh

Page 205

asset, best, caring, dedicated, eminent, futuristic, great, honorable, inexpugnable, joyful, knight-errand, lucubrator, mediator, non-negligent, open-minded, potential, quotable, respectable, serious, tolerant, unique, virtuous, warrior, yielding, zealous in the community. I highly recognize and backup Hamid as an honest, dedicated and innocent of any crime.

He and his family are honest, well educated people serving the country. Nothing could be worse than to think about probable imprison or deportation for such an innocent person, it would be so tragic to him, to Fataneh: a dedicated teacher, to his children: two physicians, to other family, to us friends and to the community.

Better to value him and prove that no goodness goes in vain. I pray that all the kindness and generosity that Hamid and his family have shown to the others in their lives returns to them multifold, in the time of his need.

My hope is the system of justice in our country does not deny him of a fair treatment as such that any other citizen is entitled. In closing I want to request compassion based on his service to his community without expecting anything in return.

Sincerely,
Katayoon Shirkhani

K. Shirkhani

Page 206

# EXHIBIT 85

**EXHIBIT 85**

Kambiz Zandnia
38 Rockview Dr.
Irvine, Ca 92612

To: Hon.Percy Anderson
United States District Court Judge
Courtroom 15
312 N. Spring Street
Loa Angeles, CA 90012                                          July 20th, 2011

RE: Hamid Tabatabai

I am currently engaged in teaching philosophy through Persian literature and poetry in
southern California.

I have known Mr. Hamid Tabatabai since mid 1960s. We met in England where we both
were student pursuing our advance studies. His older brother was my room mate in
Birmingham. After the completion of my education, I returned to Iran and kept seeing
Hamid in our monthly re-union with others in Tehran. My contact with him and his
brother has continued up to now.

I have known Mr. Tabatabai to be a pleasant, honest and considerate person with love
and respect for his family and others. Neither me nor anybody that I know has ever seen,
heard or witnessed his involvement in any wrong doing.

In view of the above, I was extremely surprised when I heard of his conviction regarding
charges completely out of character from what I know of him. I have no doubt that the
conviction will greatly affect him and his family in many ways.

Respectfully,

Kambiz Zandnia

Page 208

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

     I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action. My business address is 1990 South Bundy Drive, Suite 705, Los Angeles, CA 90025.

On the date indicated below, I served the foregoing documents described as:

**CHARACTER LETTERS IN SUPPORT OF DEFENDANT HAMID TABATABAI'S SENTENCING POSITION PAPER**

on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

Tami Keller
United States Probation Officer
11827 Ventura Blvd.
Studio City, CA 91604-2816

**BY U.S. MAIL**

[X]    I placed such envelope for deposit in the U.S. Mail for service by the United States Postal Service, with postage thereon fully prepaid.

[ ]    As follows:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct.

     Executed on September 26, 2011, at Los Angeles, California.

/S _____
Irene Clark

Law Offices of James W. Spertus
1990 SOUTH BUNDY DR., SUITE 705
LOS ANGELES, CA, CA 90025
TELEPHONE 310-826-4700 · FACSIMILE 310-826-4711