ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
RUTH C. PINKEL (SBN 164470)
Assistant United States Attorney
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6077
    Facsimile: (213) 894-6269
    email: ruth.pinkel@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

JS - 3

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 10-01055-PA |
|---|---|
| Plaintiff, | ) **ORDER** |
| v. | ) |
| HAMID TABATABAI, | ) |
| Defendant. | ) |

Upon the request of the United States of America pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Court HEREBY DISMISSES WITHOUT PREJUDICE the indictment as to defendant Hamid Tabatabai.

IT IS SO ORDERED.

January 31, 2013
DATE

_____
THE HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE